https://www.mypanorama.tv/channels.html     Citrix XenApp - Logged Off     Panorama.tv - русское тел...


 Россия 1 HD

 ОРТ

 РенТВ

 RTVi

 Время

 СТС

 5 канал

 ТНТ

 Первый образовательный

 ТВ Центр

 Россия 1

 Россия 2





 [Задержка вещания](#)

 [Что такое видеотека?](#)

 [Функция "Архив"](#)

 [Новости](#)

[Смотреть онлайн фильм Медведь Йоги на PANORAMA.TV](#)
Медведь Йоги на СТС чт, 31 дек 07:35 на @PANORAMATV США, Новая Зеландия/2010/комедия анимация приклю…

7:24 PM