IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Joint Stock Company "Channel one Russia Worldwide,"
Closed Joint Stock Companies "CTC Network," "TV DARIAL,"
and "New Channel," Open Joint Stock Company "ACCEPT"
and LLCs "Rain TV-Channel," "Veriselintel," and "Comedy TV"

| Plaintiff | Case Number |
|---|---|
| vs.<br>INFOMIR USA, PANORAMA TV, GOODZONE TV, MATVIL CORPORATION d/b/a ETVNET, MIKHAIL GAYSTER, ACTAVA TV, INC, MASTER CALL COMMUNICATIONS, INC., MASTER CALL CORPORATION ROUSLAN TSOUTIEV, John Does 1-50 | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "TV DARIAL," and Closed Joint Stock Company "New Channel"

| Plaintiff | Case Number |
|---|---|
| vs. | 15-CV-8681 |
| Actava TV, Inc. | |
| Defendant | |

Page 1

IH-32   Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Pending motion to vacate default judgment and stay inquest.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case arises from a substantially similar nucleus of operative fact (interception and dissemination of unauthorized foreign television channels). There is partial overlap of parties and claims.

Signature: _____    Date: 2/19/16

Firm: Dunnington, Bartholow & Miller LLP