UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed             Index No.  1:16-cv-01318
Joint Stock Company "TV DARIAL,"  Closed Joint
Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Limited Liability
Company "Veriselintel," Open Joint Stock Company
"ACCEPT", and Limited Liability Company "Comedy TV."

                           Plaintiffs,                            **NOTICE OF VOLUNTARY**
                                                              **DISMISSAL PURSUANT TO**
    -against-                                        **F.R.C.P. 41(a)(1)(A)(i)**

INFOMIR LLC ( www.infomirusa.com),
PANORAMA TV (www.mypanorama.tv),
GOODZONE TV  (www.gudzon.tv),
MATVIL CORPORATION d/b/a eTVnet (www.etvnet.com),
MIKHAIL GAYSTER
ACTAVA TV, INC. (www.actava.tv),
MASTER CALL COMMUNICATIONS, INC.,
MASTER CALL CORPORATION ,
ROUSLAN TSOUTIEV, and
John Does 1-50.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff  Limited Liability Company "Rain TV-Channel" and/or their counsel, hereby give notice that its claims against Matvil Corporation d/b/a eTVnet, and Mikhail Gayster are voluntarily dismissed without prejudice.

Date: February 29, 2016

                                                   DUNNINGTON, BARTHOLOW & MILLER LLP
                                                   *Attorneys for Plaintiffs*


                                          By:  /s Raymond J. Dowd
                                                  Raymond J. Dowd
                                                  Samuel A. Blaustein
                                                  250 Park Avenue, Suite 1103
                                                  New York, New York 10177
                                                  (212) 682-8811
                                                  rdowd@dunnington.com
                                                  sblaustein@dunnington.com