UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE," et al.,                              16-CV-01318 (GBD) (BCM)

                Plaintiffs,

-against-                                                **DECLARATION OF SERVICE**

INFOMIR LLC, et al.,

                Defendants.
-------------------------------------------------------------------X

CHRISTOPHER J. VIDULICH delares subject to penalty of perjury under the laws of the United States of America that

1. I am over the age of 18, a non-party to this action and a resident of Passaic County, State of New Jersey.

2. On March 9th, 2016 I served Marc Misthal and Jonathan Malki, the counsel of defendants Actava TV, Inc., Master Call Communications, Inc., Master Call Corporation, and Rouslan Tsoutiev, via email a copy of Judge Barbara Moses' Order Regarding General Pretrial Management (ECF Doc. 36).

                                                          Christopher J. Vidulich