## VERIFICATION

MURAT KABLAKHOV, declares subject to penalties of perjury under the laws of the United States as follows:

1. I am the General director of plaintiff Comedy TV, LLC (the "Company") in this action and authorized by the Company to execute this Verification.

2. With respect to the allegations made in the foregoing Verified Complaint on behalf of the Company, I have read the foregoing Verified Complaint with exhibits, know the contents thereof and the same are true and correct to my personal knowledge, except where alleged upon information and belief, and with respect to those allegations, I believe them to be true.

3. All allegations made in the foregoing Verified Complaint by the Company as they are asserted against Defendants Matvil Corporation d/b/a eTVnet and Mikhail Gayster are hereby withdrawn.

4. For the avoidance of doubt, paragraphs 45, 91, 95, and 106 and all causes of action 1-10 of the Verified Complaint are withdrawn by the Company only as against the foregoing defendants.

5. The grounds of my belief as to all matters not stated to upon my personal knowledge are documents, papers and data contained in my own or the Company's business records pertaining to this matter.

6. The reason I make this Verification on behalf of the Company is that the Company is a foreign Limited Liability Company with a place of business located at 129272, Moscow, Trifonovskaya 57 A.

Limited Liability Company Comedy TV

By: _____
MURAT KABLAKHOV
General director

Dated: 01.03.2016
Moscow, Russian Federation