UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joint Stock Company "Channel One Russia Worldwide," Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "TV DARIAL," Closed Joint Stock Company "New Channel,"  Limited Liability Company "Rain TV-Channel," Limited Liability Company "Veriselintel," Open Joint Stock Company "ACCEPT," and Limited Liability Company "Comedy TV,"<br><br>                           Plaintiffs,<br><br>-against-<br><br>INFOMIR, LLC (www.infomirusa.com), PANORAMA TV (www.mypanorama.tv), GOODZONE TV (www.gudzon.tv), MATVIL CORPORATION d/b/a eTVnet (www.etvnet.com), MIKHAIL GAYSTER, ACTAVA TV, INC. (www.actava.tv), MASTER CALL COMMUNICATIONS, INC., MASTER CALL CORPORATION, ROUSLAN TSOUTIEV, and JOHN DOES 1-50<br>                           Defendants. | Civil Action No. 1:16-cv-01318 (GBD)(BCM)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT AS IT PERTAINS TO DEFENDANT INFOMIR, LLC, FOR FAILURE TO STATE A CLAIM PURSUANT TO F.R.C.P. 12(b)(6)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in accordance with a schedule to be determined by the Court, Defendant, Infomir, LLC, by and through its attorneys, Berkowitz, Lichtstein, Kuritsky, Giasullo & Gross, LLC, will move before the United States District Court for the Southern District of New York, 500 Pearl Street, Court Room 11A, New York, New York before the Honorable George B. Daniels, U.S.D.J., for an Order dismissing Plaintiffs' complaint as it pertains to Defendant, Infomir, LLC, for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE,** that in support of the motion, Defendant shall rely upon the attached Brief submitted herewith, and all of the papers and pleadings heretofore filed in this action.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(c), Defendant respectfully requests oral argument, if this motion is opposed.

                                       BERKOWITZ, LICHTSTEIN,
                                       KURITSKY, GIASULLO & GROSS, L.L.C.
                                       Attorneys for Defendant
                                       Infomir, LLC

By:     _s/ Stewart Leviss_____
           Stewart M. Leviss, Esq.
           75 Livingston Avenue,
           Roseland, New Jersey 07068
           (973) 325-7800
           sleviss@blkgg.com

Dated: May 31, 2016