UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "TV DARIAL," Closed Joint
Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Limited Liability
Company "Veriselintel," Open Joint Stock Company
"ACCEPT", and Limited Liability Company "Comedy TV."

Index No. 16-cv-01318

                Plaintiffs,

-against-

**STIPULATION, ORDER
& PERMANENT
INJUNCTION**

INFOMIR LLC ( www.infomirusa.com),
PANORAMA TV (www.mypanorama.tv),
GOODZONE TV (www.gudzon.tv),
MATVIL CORPORATION d/b/a eTVnet (www.etvnet.com),
MIKHAIL GAYSTER
ACTAVA TV, INC. (www.actava.tv),
MASTER CALL COMMUNICATIONS, INC.,
MASTER CALL CORPORATION,
ROUSLAN TSOUTIEV, and
John Does 1-50.

                Defendants.
------------------------------------------------------------------X

      **WHEREAS** Plaintiffs Joint Stock Company "Channel One Russia Worldwide," Closed

Joint Stock Company "CTC Network," Closed Joint Stock Company "TV DARIAL," Closed

Joint Stock Company "New Channel," Limited Liability Company "Rain TV-Channel," Limited

Liability Company "Veriselintel," Open Joint Stock Company "ACCEPT," and Limited Liability

Company "Comedy TV" ("Plaintiffs") commenced this action on February 19, 2016; and

      **WHEREAS** Plaintiffs broadcast various channels (the "Channels") originating in the

Russian Federation; and

**WHEREAS** Defendants Actava TV, Inc. (www.actava.tv), Master Call Communications, Inc., Master Call Corporation and Rouslan Tsoutiev (collectively "Defendants" and with Plaintiffs the "Parties") accepted service of the Complaint; and

**WHEREAS** this matter was referred to Magistrate Judge Barbara Moses on June 1, 2016 (Docket No. 64); and

**WHEREAS** the Parties have entered into a confidential settlement pursuant to which Defendants have satisfied Plaintiffs' claims for financial damages; and

**WHEREAS** pursuant to the confidential settlement agreement that the parties have agreed that they shall bear their own costs and fees, including attorneys' fees; and

**WHEREAS** the Parties are desirous of finally resolving this matter;

**IT IS HEREBY STIPULATED AND AGREED,** that

1. With the exception of any claim arising from the enforcement of the terms of this Injunction, Plaintiffs' claims for relief against Defendants are hereby dismissed with prejudice;

2. Defendants, as well as their parents, subsidiaries, affiliates, predecessors, successors, divisions, operating units, principals, officers, directors, shareholders, employees, attorneys, members, agents, heirs, representatives, spin-offs, and future assigns as well as any persons or entities in active concert or participation with Defendants are PERMANENTLY ENJOINED and RESTRAINED from:

    a. Broadcasting, re-broadcasting or otherwise transmitting Plaintiffs' Broadcasts as identified in Annex 1 or any other channel that Plaintiffs may in the future

      broadcast via any medium, including but not limited to internet protocol television ("IPTV") and social media, without authorization;

    b. directly or indirectly infringing or making any use, in any manner whatsoever, of Plaintiffs' Broadcasts including any associated programs without authorization;

    c. directly or indirectly infringing or making any use, in any manner whatsoever, of Plaintiffs' Marks as identified in Annex 1 without authorization;

    d. publishing or distributing any promotional materials referring to Plaintiffs' Broadcasts or Marks; in any medium, including, but not limited to the internet (including IPTV and social media), television, radio, newspapers, magazines, direct mail or oral communication without authorization;

3. Defendants shall not register, purchase, manage or have any ownership interest in any website or device engaged in the unauthorized copying, caching, retransmission or distribution of Plaintiffs' Broadcasts;

4. This Injunction shall apply to Defendants' parents, subsidiaries, affiliates, predecessors, successors, divisions, operating units, principals, officers, directors, shareholders, employees, attorneys, members, agents, heirs, representatives, spin-offs, and future assigns, if any;

5. Failure to comply with this Injunction shall be deemed contempt of Court;

6. This Court shall retain jurisdiction for the limited purpose of enforcement of this Injunction including determinations of damages and attorneys' fees which shall be recoverable in connection with any enforcement proceeding;

7. The Clerk of this Court shall enter Judgment terminating this Action as to Defendants Actava TV, Inc. Master Call, Inc., Master Call Corporation and Rouslan Tsoutiev.

| | |
|---|---|
| DUNNINGTON BARTHOLOW & MILLER LLP<br>*Attorneys for Plaintiffs* | GOTTLIEB RACKMAN AND REISMAN, P.C.<br>*Attorneys for Defendant* |
| By: _____<br>Raymond J. Dowd<br>Samuel A. Blaustein<br>250 Park Avenue, Suite 1103<br>New York, New York 10177<br>(212) 682-8811<br>rdowd@dunnington.com<br>sblaustein@dunnington.com | By: _____<br>Marc P. Misthal<br>Jonathan A. Malki<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 684-3900<br>mmisthal@grr.com<br>jmalki@grr.com |

SO ORDERED: **JUN 06 2016**

_____
Hon. Barbara Moses, U.S.M.J.

ANNEX 1

(Broadcasts and Marks)

- **Channel One**



- **Dom Kino**



- **Carousel International**



- **Muzika Pervogo**



- **Telekafe**



- **Vremya:dalekoe i blizkoe**



- CTC



- Che TV



- Domashny



- REN TV

- **TNT-Comedy**



- **Rain TV**



- **Nostalgia**

