USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/16

# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

250 Park Avenue | New York, NY 10177 | Telephone: 212.682.8811 | www.dunnington.com | sblaustein@dunnington.com

June 2, 2016

**VIA ECF**
Hon. Barbara Moses
United States District Court
Southern District of New York
New York, New York 10007

Re:  *Joint Stock Company "Channel One Russia Worldwide," et al. v. Infomir, LLC et al.* **16-cv-01318 (GBD) (BCM)**

Dear Judge Moses:

In accordance with Local Rule 7.1 and the Court's Individual Practices Section II(A), the parties jointly submit this letter to request that:

(i) Plaintiffs' deadline to file their objections to Defendant Infomir's Motion to Dismiss (ECF Doc. 66-67), be extended from June 14, 2016 to June 24, 2016

This is the first request to adjourn Plaintiff's deadline to submit their objections to the Motion to Dismiss. A proposed order accompanies this letter.

Respectfully Submitted,

DUNNINGTON BARTHOLOW
& MILLER LLP
*Attorneys for Plaintiffs*

By: /s/ Samuel A. Blaustein
    Raymond J. Dowd
    Samuel A. Blaustein
    250 Park Avenue, Suite 1103
    New York, New York 10177
    (212) 682-8811
    rdowd@dunnington.com
    sblaustein@dunnington.com

BERKOWITZ, LICHTSTEIN, KURITSKY,
GIASULLO & GROSS, LLC
*Attorneys for Defendant Infomir, LLC*

By: /s/ Stewart M. Leviss
    Stewart M. Leviss
    75 Livingston Ave
    Roseland, NJ 07068
    973-325-7800
    sleviss@blkgg.com

---

Application GRANTED. Plaintiffs' opposition to Infomir's motion to dismiss is due no later than **June 24, 2016**. SO ORDERED.

_____
Barbara Moses, U.S.M.J. 06/08/16