UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "TV DARIAL," Closed Joint
Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Limited Liability
Company "Veriselintel," Open Joint Stock Company
"ACCEPT", and Limited Liability Company "Comedy TV."

Index No. 1:16-cv-01318

                        Plaintiffs,

-against-

INFOMIR LLC ( www.infomirusa.com),
PANORAMA TV (www.mypanorama.tv),
GOODZONE TV  (www.gudzon.tv),
MATVIL CORPORATION d/b/a eTVnet (www.etvnet.com),
MIKHAIL GAYSTER and
John Does 1-50.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Open Joint Stock Company "ACCEPT," hereby gives notice that its claims against Matvil Corporation d/b/a eTVnet, and Mikhail Gayster are voluntarily dismissed with prejudice.  For the sake of clarity, this voluntary dismissal shall apply to claims against Matvil Corporation d/b/a eTVnet, a Canadian entity and Matvil Corporation, a New York entity.

Date: August 19, 2016

                                              DUNNINGTON, BARTHOLOW & MILLER LLP
                                              *Attorneys for Plaintiffs*

By: _____
                                              Raymond J. Dowd
                                              Samuel A. Blaustein
                                              250 Park Avenue, Suite 1103
                                              New York, New York 10177
                                              (212) 682-8811
                                              rdowd@dunnington.com
                                              sblaustein@dunnington.com