UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "TV DARIAL," Closed Joint
Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Limited Liability
Company "Veriselintel," Open Joint Stock Company
"ACCEPT", and Limited Liability Company "Comedy TV."

                               Plaintiffs,

-against-

INFOMIR LLC ( www.infomirusa.com),
PANORAMA TV (www.mypanorama.tv),
GOODZONE TV (www.gudzon.tv),
MATVIL CORPORATION d/b/a eTVnet (www.etvnet.com),
MIKHAIL GAYSTER and
John Does 1-50.

Index No. 1:16-cv-01318

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Open Joint Stock Company "ACCEPT," hereby gives notice that its claims against Matvil Corporation d/b/a eTVnet, and Mikhail Gayster are voluntarily dismissed with prejudice. For the sake of clarity, this voluntary dismissal shall apply to claims against Matvil Corporation d/b/a eTVnet, a Canadian entity and Matvil Corporation, a New York entity.

Date: August 19, 2016

DUNNINGTON, BARTHOLOW & MILLER LLP
*Attorneys for Plaintiffs*

By: _____
Raymond J. Dowd
Samuel A. Blaustein
250 Park Avenue, Suite 1103
New York, New York 10177
(212) 682-8811
rdowd@dunnington.com
sblaustein@dunnington.com

SO ORDERED:

_____
U.S.D.J.