# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joint Stock Company "Channel One Russia Worldwide," et. al.     Plaintiff, <br><br> -v- <br><br> INFOMIR LLC ( www.infomirusa.com ), et. al. <br>                                    Defendant. | Case No. 16-cv-1318 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Matvil Corp. d/b/a eTVnet (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There is no such corporation

**Date:** August 29, 2016

*[Signature]*

**Signature of Attorney**

**Attorney Bar Code:** DL-2348