# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Joint Stock Company "Channel One Russia Worldwide," et. al.

Plaintiff,

-v-

INFOMIR LLC ( www.infomirusa.com ), et. al.

Defendant.

Case No. 16-cv-1318

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Matvil Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There is no such corporation

**Date:** August 29, 2016

*[Signature]*

**Signature of Attorney**

**Attorney Bar Code:** DL-2348