UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed             Index No.  16-cv-01318 (GBD)
(BCM)
Joint Stock Company "TV DARIAL,"  Closed Joint
Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Limited Liability
Company "Veriselintel," Open Joint Stock Company
"ACCEPT", and Limited Liability Company "Comedy TV."

                          Plaintiffs,                  **NOTICE OF MOTION**

      -against-

INFOMIR LLC ( www.infomirusa.com),
PANORAMA TV (www.mypanorama.tv),
GOODZONE TV  (www.gudzon.tv),
MATVIL CORPORATION d/b/a eTVnet (www.etvnet.com),
MIKHAIL GAYSTER and
John Does 1-50.

                         Defendants.
----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed (i) Declaration of Samuel A. Blaustein with Exhibits; (ii) Affidavit of Christopher Vidulich sworn to on October 17, 2016 (iii) Memorandum of Law; and (iii) all of the prior papers and proceedings had herein; Plaintiffs Joint Stock Company "Channel One Russia Worldwide," Closed Joint Stock Company "CTC Network,: Closed Joint Stock Company "TV DARIAL," Closed Joint Stock Company "New Channel," Limited Liability Company "Rain TV-Channel," Limited Liability Company "Veriselintel," Open Joint Stock Company "ACCEPT," and Limited Liability Company "Comedy TV"; move before this Honorable Court for sanctions against Panorama Alliance LP and its counsel, Alan P. Fraade of Mintz & Fraade Law Firm P.C. pursuant to Rule 37 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be filed and served in accordance with the Local Rules of the Southern District of New York or as directed by the Court.

Dated: New York, New York
October 17, 2016

Respectfully submitted,

**DUNNINGTON BARTHOLOW & MILLER LLP**
*Attorneys for Plaintiffs*

By: __/s Raymond J. Dowd_____
Raymond J. Dowd
Samuel A. Blaustein
250 Park Avenue, Suite 1103
New York, New York 10177
Telephone: 212-682-8811
Facsimile: 212-661-7769
rdowd@dunnington.com
sblaustein@dunnington.com