UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joint Stock Company "Channel One Russia Worldwide," et al., <br><br> Plaintiffs, <br> v. <br><br> Infomir LLC et al., <br><br> Defendants. | ECF Case <br><br> 16 Civ. 1318 (GBD)(BCM) |

**DECLARATION OF ALEXANDR CRIVOI**

1.  My names is Alexandr Crivoi and I am the system administrator of Matvil Corporation. ("Matvil"). I have held this role with Matvil since 2014. My job responsibilities include CDN management.

2.  I submit this Declaration in support of the opposition of ActavaTV, Inc. ("Actava") and Rouslan Tsoutiev to the Motion for Civil Contempt filed by Plaintiffs on December 13, 2016.

3.  Like most other Internet Protocol Television (IPTV") providers, Matvil uses a computer system known as a Content Delivery Network ("CDN") to deliver computerized streams of data to its subscribers. As part of Matvil's CDN and existing agreements with the Plaintiffs, Matvil receives and stores (if necessary) the broadcasting stream of the various channels Matvil provides. Matvil then streams this content onto a CDN, which feeds the content to edge servers (on which Matvil has leased space), which then deliver Matvil's broadcasting streams to Matvil's customers (including those

subscribed by Actava TV). Edge servers through which Matvil's CDN delivers content to the customers can be found at but are not limited to the following locations:

- 162.252.80.178
  Approx. Location: Tampa, FL
  Internet Service Provider: Hivelocity Ventures Corporation

- 23.29.136.106
  Approx. location: Edison, NJ
  Internet Service Provider: Steadfast Networks

- 23.29.136.78
  Approx. location: Edison, NJ
  Internet Service Provider: Steadfast Networks

- 184.173.85.100
  Approx. Location: Dallas, TX
  Internet Service Provider: WizzSolutions.com

- 209.95.50.191
  Approx. Location: New York, NY
  Internet Service Provider: Hosting Services, Inc.

4. Actava does not have any access or any means of controlling Matvil's CDN and/or the edge servers mentioned above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 6, 2017      By: _____

Alexandr Crivoi