

www.mhcom.eu
Callcenter Service
Servicerufnummer
DSL via SAT
IPTV+WebTV
Voice over IP



# Invoice

Invoice number

Date: 06.01.2015

Period 01.01.2015 – 31.01.2015

| Pos. | Number of Units | Description | Price | Amount |
|---|---|---|---|---|
| 1 | 1 | Rackspace 1U + 0.2 Amper | 85.00 EUR | 85.00 EUR |
| | | Total | | 85.00 EUR |
| | | VAT (19%) | | 16.15 EUR |
| | | Total | | 101.15 EUR |
| | | Total | | 125.49 USD |
| 2 | 192 | Bandwidth, TB | 13.00 USD | 2496.00 USD |
| 3 | | Bandwidth AM | | 350.00 USD |
| | | VAT (0%) | | 0.00 USD |
| | | Total | | 2846.00 USD |
| | | Total | | 2971.49 USD |



www.mhcom.eu
Callcenter Service
Servicerufnummer
DSL via SAT
IPTV+WebTV
Voice over IP



# Invoice

Invoice number  █████████            Date: 02.02.2015

Period 01.02.2015 – 28.02.2015

| Pos. | Number of Units | Description | Price | Amount |
|---|---|---|---|---|
| 1 | 1 | Rackspace 1U + 0.2 Amper | 85.00 EUR | 85.00 EUR |
| | | Total | | 85.00 EUR |
| | | VAT (19%) | | 16.15 EUR |
| | | Total | | 101.15 EUR |
| | | Total | | 117.33 USD |
| 2 | 212 | Bandwidth, TB | 13.00 USD | 2756.00 USD |
| | | VAT (0%) | | 0.00 USD |
| | | Total | | 2873.33 USD |
| | | Total | | 2873.33 USD |