## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "TV DARIAL," Closed Joint
Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Limited Liability
Company "Veriselintel," Open Joint Stock Company
"ACCEPT", and Limited Liability Company "Comedy TV."

Index No. 16-cv-01318

Plaintiffs,

**AFFIDAVIT OF
CHRISTOPHER
VIDULICH**

-against-

INFOMIR LLC ( www.infomirusa.com),
PANORAMA ALLIANCE LP (www.mypanorama.tv),
GOODZONE TV (www.gudzon.tv),
MATVIL CORPORATION d/b/a eTVnet (www.etvnet.com),
MIKHAIL GAYSTER and
John Does 1-50.

Defendants.

-----------------------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

CHRISTOPHER VIDULICH, being duly sworn, deposes and says:

1.    I am over the age of eighteen, not a party to this action, and employed at

Dunnington Bartholow & Miller LLP.

2.    The purpose of this affidavit is to explain the connection between defendant

Infomir LLC ("Infomir") and Teleprom TV ("Teleprom").

3.    I do not have any specialized technical knowledge. The information herein is

based on either disclosed research sources as indicated herein, or on direct personal observation from my interactions with the Infomir Box.

4.     On February 8, 2017, I visited Infomir.eu, a website owned by Defendant Infomir LLC.

5.     Infomir sells several types of Set Top Boxes. I have attached hereto as **Exhibit 1** a screenshot displaying some of the Set Top Boxes offered for sale on Infomir's website.

6.     I visited the website vdali.tv ("Vdali") and viewed instructions for accessing IPTV through Infomir's Set Top Boxes using Vdali's "portal". I have attached the instructions hereto as **Exhibit 2.**

7.     Similar instructions are available on Teleprom's website with images. I have attached the instructions from Teleprom's website hereto as **Exhibit 3**.

8.     I then proceeded to follow the instructions and entered the suggested portals into the Infomir Box. I have attached hereto as **Exhibit 4** a screenshot of the portal screen where I entered the Vdali and Teleprom portals.

9.     Upon activating the portal, I was prompted to enter a login and password. I have attached hereto as **Exhibit 5** a screenshot of the login screen.

10.     Upon logging in using a password, I was able to view and take screenshots of the programming appearing on the following Russian language television channels: Channel One, NTV, TNT, CTC, Che, Domashny, Dozhd, Telekafe, Vremya, and Karousel.

11.     In each of the screenshots, the trademark of the respective channel is visible in either the upper right hand, upper left hand, lower right hand, or lower left hand corner of the screen.

12.     I have annexed hereto as **Exhibit 6** a screenshot of Channel One playing on

Infomir's Set Top Box.

13.     I have annexed hereto as **Exhibit 7** a screenshot of NTV playing on Infomir's Set Top Box

14.     I have annexed hereto as **Exhibit 8** a screenshot of TNT playing on Infomir's Set Top Box.

15.     I have annexed hereto as **Exhibit 9** a screenshot of CTC playing on Infomir's Set Top Box.

16.     I have annexed hereto as **Exhibit 10** a screenshot of Che playing on Infomir's Set Top Box.

17.     I have annexed hereto as **Exhibit 11** a screenshot of Domashny playing on Infomir's Set Top Box.

18.     I have annexed hereto as **Exhibit 12** a screenshot of Dozhd playing on Infomir's Set Top Box.

19.     I have annexed hereto as **Exhibit 13** a screenshot of Telekafe playing on Infomir's Set Top Box.

20.     I have annexed hereto as **Exhibit 14** a screenshot of Vremya playing on Infomir's Set Top Box.

21.     I have annexed hereto as **Exhibit 15** a screenshot of Karousel playing on Infomir's Set Top Box.

22.     The quality of the videos that I observed on Infomir's set top box was excellent and comparable to domestic cable.

23.     I then went to the website "ping.eu/nslookup" in order to find the Internet Protocol address for "p.vdali.tv," the portal for Vdali. I have attached hereto as **Exhibit 16** a

screenshot of the website displaying the address.

24.     I then entered the website "p.teleprom.tv," to portal for Teleprom into

"ping.eu/nslookup." I have attached hereto as **Exhibit 17** a screenshot of the website displaying

the address.

25.     Both "p.vdali.tv" and "p.teleprom.tv" each connect to the same two IP Addresses

"104.20.190.26" and "104.20.191.26."

CHRISTOPHER VIDULICH

SWORN TO ME THIS 22ND
DAY OF FEBRUARY 2017

NOTARY PUBLIC

LISA A. McCAFFREY
Notary Public, State of New York
No. 01MC4959572
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires December 4, 2017

# EXHIBIT 1



IPTV/OTT and hybrid Set-Top Boxes (STB) from the manufacturer - Internet Explorer

http://www.infomir.eu/eng/products/iptv-stb/

IPTV/OTT and hybrid Set-To...

File Edit View Favorites Tools Help

Where to buy | Choose your MAG | English

infomir

COMPANY PRODUCTS SOLUTIONS CONTACTS SUPPORT Buy now Contact sales

# Infomir products

Since 2007, Infomir develops and manufactures Set-Top Boxes (STB) and their software, under the brand name MAG. These Set-Top Boxes are a cross-functional solution that help you quickly organize your business of providing interactive television services. Our devices stand out because of their reliability and cost effectiveness, enabling you to quickly launch your project and have a fast payback.

## Basic IPTV/OTT Set-Top Boxes

By using Infomir's Set-Top Boxes and depending on your company's profile, technical possibilities and video content availability, you can propose to your clients IPTV, VoD services, as well as free or paid OTT media content. Internet providers, cable operators and content aggregators from over 115 countries worldwide have chosen MAG IPTV/OTT Set-Top Boxes for their projects.

### MAG250

MAG250 is basic IPTV Set-Top Box, designed for ISPs, OTT-operators, content aggregators.

Read more

### MAG254/255

BEST seller!

Fast and powerful IPTV Set-Top box that is built to work with demanding and resource-intense applications.

Read more

### MAG256/257

High-power HEVC Set-Top Box

Read more

Infomir

- IPTV/OTT Set-Top Boxes
- Hybrid Set-Top Boxes
- Modified versions
- Premium Set-Top Boxes

Sales offices

Europe and CIS
+38 (048) 740-6-740
sales@infomir.eu

USA, Canada and Latin America
+1 (631) 482-6636
sales@infomirusa.com

Middle East and Africa
+971-56-621-34-55
sales@infomir.ae

Start

2:52 PM
2/8/2017

EXHIBIT 2



Личный кабинет

Касса

Вход

Введите слово для поиска товара                В корзи

товаров

Расширенный поиск товара

**0 911 14 88 79 79**

СМОТРИ TV    ЗАКАЖИ TV    НАСТРОЙ TV    3 ДНЯ ДЕМО    ПРИВЕДИ ДРУГА

Вы здесь: Вдали.ТВ    Приставка mag 250, Infomir, AURA HD - настройка

# Приставка mag 250, Infomir, AURA HD - настройка

• Спецификация
• Порядок подключения приставки
• Портал для просмотра Vdali.TV
• Настройка беспроводного соединения WiFi

### Подключение

Для просмотра онлайн телевидения Vdali.TV на телевизоре может использоваться приставка (Set top Box или STB), которая декодирует видеоданные и выводит расшифрованное видео на экран телевизора. Одна из рекомендуемых приставок для просмотра - MAG 250.
Внешний вид приставки MAG 250

приставка MAG 250 вид спереди

Рис.1 Вид спереди

приставка MAG 250 вид сзади

Рис.2 Вид сзади

USB-порт - универсальный USB порт для подключения USB-флеш с фильмами, фотографиями.
USB-порт - универсальный USB порт для подключения USB-флеш с фильмами, фотографиями.
RC порт * - разъём для подключения внешнего IrDA приемника. Наличие порта уточняйте при покупке.
* - только в некоторых моделях!
Ethernet порт - порт сетевого подключения 10/100 Мбит/с. Используйте этот разъем для подключения приставки к интернету.
HDMI порт - цифровой аудио/видео выход для подключения приставки к телевизору высокой четкости HD. Также передает цифровой звуковой сигнал. Кабель HDMI приобретается отдельно.
S/PDIF порт * - оптический цифровой звуковой выход для подключения к системе домашнего кинотеатра в формате DOLBY 5.1/7.1, DTS. Наличие порта уточняйте при покупке.
* - только в некоторых моделях!

TRRS порт - разъем для передачи аудио/видео сигнала в аналоговом формате по кабелю RCA. Композитный видео (желтый «тюльпан») и стерео (красный и белый «тюльпаны»). Кабель RCA входит в комплект поставки.
Питание - разъем для подключения блока питания.

### Спецификация

Процессор: STi7105

Оперативная память: 256 Мбайт

Флэш-память: 256 Мбайт

Операционная система: linux 2.6.23

Внешние интерфейсы:
Оптический аудио-выход S/PDIF, HDMI 1.3а (на задней панели), USB 2.0 (1 на передней панели и 1 на задней панели), композитный + стереофонический A/V выход (разъём типа mini jack на задней панели), порт Ethernet 100Мбит/с (на задней панели), разъём для подключения блока питания 5В (на задней панели), LED-индикатор (на передней панели)

Источники медиа-контента:
USB-устройства (внешний жесткий диск, USB флэш-накопитель, USB-кард-ридер и т.д.), PC и NAS в локальной сети (SMB, NFS, UPnP, HTTP),

других Интернет и местные сети телевещания (HTTP, UDP / RTP уникаст/мультикаст), услуги потокового видео полностью поддерживаются

Web engine: WebKit

DRM опция: Verimatrix, Secure Media

Видео режимы: 1080i, 1080p, 720p, 576p, 480p, PAL, NTSC

Видео кодеки: MPEG1/2 MP@HL, H.264 HP@level 4.1, MPEG4 part 2 (ASP),WMV-9 (опционально), VC1 video, XviD; поддержка высокобитрейтного видео (вплоть до 40 Мбит/с и выше)

Видео форматы: MKV,MPEG-TS,MPEG-PS, M2TS, VOB, AVI, MOV, MP4, ASF, QT, WMV (опционально)

Аудио кодеки: MPEG-1 layer I/II, MPEG-2 layer II, MPEG-2 layer III (mp3), MPEG-2 AAC (опционально), MPEG-4 AAC LC 2-ch/5.1ch (опционально), MPEG-4 AAC+SBR 2-h/5.1ch(опционально), Dolby Digital

Аудио форматы: MP3, MPA, M4A, WMA (опционально), Ogg, WAV,AC3,AAC

Форматы изображений: JPEG, PNG, BMP, GIF,RAW

Субтитры: DVB,SRT (поддержка скоро), встроенные текстовые

Форматы плейлистов: M3U

Файловые системы: FAT16/32, NTFS (чтение), NFS, Ext2, Ext3

Ethernet: 10/100 Мбит/с

Wi-Fi: Опциональный модуль USB (не входит в комплект поставки); перечень модулей которые проверены и работают можно посмотреть по ссылке

Stream media протоколы: RTSP, RTP, UDP, IGMP,HTTP

Программное обеспечение: Полностью совместим с MAG-100, MAG-200, MAG-250(P) (API JS, API C)
встроенный медиапортал со функциональностью IPTV
HTTP 1.1, HTML 4.01 XHTML 1.0/1.1
DOM 1, 2, 3, CSS 1, 2, 3
XML 1.0, XSLT 1.0, XPath 1.0
SOAP 1.1
JavaScript ECMA-262, revision 5
Media JavaScript API
C layer SDK

Размеры (ш/г/в), мм: 125/86/28

Вес приставки, г: 156 (с упаковкой: 620)

Комплектация: Приставка MAG-250 Micro, руководство пользователя, кабель mini jack на RCA (A/V); адаптер питания 5В 1.5А, пульт ДУ, элементы питания АА - 2шт, упаковка.

Гарантия: 2 года

### Порядок подключения приставки

Для подключения к телевизору MAG 250 используйте выход компонентного TV-сигнала (3 разъёма RCA типа «тюльпан») – (Рис.2 - 7) и HDMI-разъём – (Рис.2 – 5). К любому современному телевизору приставку можно подключить по компонентному выходу. Если на телевизоре есть HDMI-вход, то лучше подключочать через него для более высокого качества изображения.

Подключите кабель сети Ethernet от сетевого коммутатора к входу Ethernet вашей приставки (Рис. 2 - 4)
Вставьте разъем источника питания в гнездо (Рис. 2 - 8) на корпусе приставки.

#### Включение и настройка соединения

Включите источник питания в розетку. Загорается синий индикатор на лицевой панели приставки.

Переключите ваш телевизор в режим HDMI или Composite в зависимости от того каким кабелем подключена приставка – HDMI или 3xRCA.

1. Во время загрузки приставки на экране телевизора появятся по очереди: Loading, Загрузка портала..., при появлении сообщения Загрузка портала... нажимаем и держим на пульте приставки кнопку SETUP, отпускаем ее при появлении сообщения Загрузка внутреннего портала..., попадаем во внутренний портал:

настройка соединения: шаг 1

2. Еще раз нажимаем на пульте приставки Setup и выбираем пункт Расширенные настройки: (Advanced Settings):

настройка соединения: шаг 2

настройка соединения: шаг 2

3.Выбираем Язык: Русский, Временная зона: GMT +01.00 Berlin , после этого нажимаем ОК:

настройка соединения: шаг 3

4. Заходим в меню Конфигурация сети:

настройка соединения: шаг 4

5. Выбираем Проводное(Ethernet):

настройка соединения: шаг 5

6. Выбираем Авто (DHCP) и после нажимаем кнопку EXIT на пульте приставки:

настройка соединения: шаг 6

7. Заходим в меню Серверы:

настройка соединения: шаг 7

настройка соединения: шаг 7

8. Заполняем поля в соответствии с рисунком ниже и нажимаем ОК. Для ввода символов используем экранную клавиатуру, которую можно отобразить нажатием кнопки KB на пульте приставки:

настройка соединения: шаг 8

настройка соединения: шаг 8

9. Выбираем меню Перезагрузка и дожидаемся перезагрузки приставки:

настройка соединения: шаг 9

**Настройка приставки MAG-250 для подключения через Wi-Fi**

1. Во время загрузки приставки на экране телевизора появятся по очереди: Loading, Загрузка портала..., при появлении сообщения Загрузка портала... нажимаем и держим на пульте приставки кнопку SETUP, отпускаем ее при появлении сообщения Загрузка внутреннего портала..., попадаем во внутренний портал:

настройка подключения через Wi-Fi: шаг 1

2. Заходим в меню Конфигурация сети:

настройка подключения через Wi-Fi: шаг 2

3. Выбираем пункт Беспроводное (Wi- Fi):

настройка подключения через Wi-Fi: шаг 3

4. Выбираем пункт Авто (DHCP):

настройка подключения через Wi-Fi: шаг 4

5. Нажимаем кнопку Беспроводная сеть:

настройка подключения через Wi-Fi: шаг 5

6. В списке найденных сетей, выбираете Вашу беспроводную сеть и нажимаете на пульте приставки ОК:

☒ настройка подключения через Wi-Fi: шаг 6

7. В поле Пароль вводим ключ для Вашей беспроводной сети и нажимаем кнопку ОК. Для ввода символов используем экранную клавиатуру, которую можно отобразить нажатием кнопки КВ на пульте приставки:

☒ настройка подключения через Wi-Fi: шаг 7

☒ настройка подключения через Wi-Fi: шаг 7

На этом настройка Wi-Fi сети окончена.

## Настройся на Вдали.ТВ

### Инструкции и плагины

Приложения для компьютера
IPTV приставка LBox
IPTV приставка Dune HD
Приложение для Android OS
Настройка Samsung Smart TV
Infomir / MAG 250 / AURA HD
Десять причин купить Вдали.ТВ
Бесплатный тестовый просмотр
Список каналов

### Поддержка и помощь в настройке

Отвечаем на Ваши вопросы
Обратная связь
Измерить скорость
Установить TeamViewer

Скачать приложения для просмотра

### Круглосуточная горячая линия

☒ Беспл
атн
ая
техни

🇩🇪 из Германии
0 911-14 88 79 79

🟢 из других стран
+49 911-14 88 79 79

**Вдали.TV в социальных сетях**

☒ ☒ ☒

### Информация

Инструкции и плагины
Акция "Приведи друга"
Команда Вдали.ТВ
Контакт

### Онлайн магазин

Оплата
Доставка
Условия продаж
Ответы на вопросы
Конфиденциальность

### Производители



### Способы оплаты



подробнее »

Лайкни « **Приставка mag 250, ТВ приставка mag 250, Infomir, AURA HD - настройка** »

Мобильная версия сайта

EXHIBIT 3



Личный кабинет | Касса | Вход

📞 04131 927 90 90

русское интернет телевидение

Введите слово для поиска товара

Расширенный поиск

В корзи
товаров и

**СМОТРЕТЬ**     **ЗАКАЗАТЬ**     **НАСТРОИТЬ**     **ПАРТНЕРАМ**     **БЕСПЛАТНЫЙ ТЕСТ**

Вы здесь: Teleprom.TV       Руководство по настройке приставок Infomir / MAG 250 / AURA HD

## Руководство по настройке приставок Infomir / MAG 250 / AURA HD

- • Спецификация
- • Порядок подключения приставки
- • Портал для просмотра Teleprom.TV
- • Настройка беспроводного соединения WiFi
- • Установка програмного обеспечения с настройками Teleprom.TV

Download software

**Подключение**

Для просмотра телеканалов Teleprom.TV на обычном телевизоре используется специальная приставка Set top Box (STB), которая декодирует видеоданные и выводит расшифрованное видео на экран телевизора. Одна из рекомендуемых приста для просмотра - MAG 250.

Внешний вид приставки MAG 250



Рис.1 Вид спереди



Рис.2 Вид сзади

USB-порт - универсальный USB порт для подключения USB-флеш с фильмами, фотографиями.
USB-порт - универсальный USB порт для подключения USB-флеш с фильмами, фотографиями.
RC порт * - разъём для подключения внешнего IrDA приемника. Наличие порта уточняйте при покупке.
* - только в некоторых моделях!
Ethernet порт - порт сетевого подключения 10/100 Мбит/с. Используйте этот разъем для подключения приставки к интерне
HDMI порт - цифровой аудио/видео выход для подключения приставки к телевизору высокой четкости HD. Также передаёт
цифровой звуковой сигнал. Кабель HDMI приобретается отдельно.
S/PDIF порт * - оптический цифровой звуковой выход для подключения к системе домашнего кинотеатра в формате DOLB
5.1/7.1, DTS. Наличие порта уточняйте при покупке.
* - только в некоторых моделях!

TRRS порт - разъем для передачи аудио/видео сигнала в аналоговом формате по кабелю RCA. Композитный видео (желт
«тюльпан») и стерео (красный и белый «тюльпаны»). Кабель RCA входит в комплект поставки.
Питание - разъем для подключения блока питания.

**Спецификация**

Операционная система: linux 2.6.23

Внешние интерфейсы:
Оптический аудио-выход S/PDIF, HDMI 1.3a (на задней панели), USB 2.0 (1 на передней панели и 1 на задней панели), композитный + стереофонический A/V выход (разъём типа mini jack на задней панели), порт Ethernet 100Мбит/с (на задней панели), разъём для подключения блока питания 5В (на задней панели), LED-индикатор (на передней панели)

Источники медиа-контента:
USB-устройства (внешний жесткий диск, USB флэш-накопитель, USB-кард-ридер и т.д.), PC и NAS в локальной сети (SMB UPnP, HTTP), других Интернет и местные сети телевещания (HTTP, UDP / RTP уникаст/мультикаст), услуги потокового видео полностью поддерживаются

Web engine: WebKit

DRM опция: Verimatrix, Secure Media

Видео режимы: 1080i, 1080p, 720p, 576p, 480p, PAL, NTSC

Видео кодеки: MPEG1/2 MP@HL, H.264 HP@level 4.1, MPEG4 part 2 (ASP),WMV-9 (опционально), VC1 video, XviD; поддержка высокобитрейтного видео (вплоть до 40 Мбит/с и выше)

Видео форматы: MKV,MPEG-TS,MPEG-PS, M2TS, VOB, AVI, MOV, MP4, ASF, QT, WMV (опционально)

Аудио кодеки: MPEG-1 layer I/II, MPEG-2 layer II, MPEG-2 layer III (mp3), MPEG-2 AAC (опционально), MPEG-4 AAC LC 2-ch/ (опционально), MPEG-4 AAC+SBR 2-h/5.1ch(опционально), Dolby Digital

Аудио форматы: MP3, MPA, M4A, WMA (опционально), Ogg, WAV,AC3,AAC

Форматы изображений: JPEG, PNG, BMP, GIF,RAW

Субтитры: DVB,SRT (поддержка скоро), встроенные текстовые

Форматы плейлистов: M3U

Файловые системы: FAT16/32, NTFS (чтение), NFS, Ext2, Ext3

Ethernet: 10/100 Мбит/с

Wi-Fi: Опциональный модуль USB (не входит в комплект поставки), перечень модулей которые проверены и работают можно посмотреть по ссылке

Stream media протоколы: RTSP, RTP, UDP, IGMP,HTTP

Программное обеспечение: Полностью совместим с MAG-100, MAG-200, MAG-250(P) (API JS, API C)
встроенный медиапортал со функциональностью IPTV
HTTP 1.1, HTML 4.01 XHTML 1.0/1.1
DOM 1, 2, 3, CSS 1, 2, 3
XML 1.0, XSLT 1.0, XPath 1.0
SOAP 1.1
JavaScript ECMA-262, revision 5
Media JavaScript API
C layer SDK

Размеры (ш/г/в), мм: 125/86/28

Вес приставки, г: 156 (с упаковкой: 620)

Комплектация: Приставка MAG-250 Micro, руководство пользователя, кабель mini jack на RCA (A/V); адаптер питания 5В 1 пульт ДУ, элементы питания AA - 2шт, упаковка.

Гарантия: 2 года

**Порядок подключения приставки**

Для подключения к телевизору MAG 250 используйте выход компонентного TV-сигнала (3 разъёма RCA типа «тюльпан») - (Рис.2 - 7) и HDMI-разъём – (Рис.2 – 5). К любому современному телевизору приставку можно подключить по компонентно выходу. Если на телевизоре есть HDMI-вход, то лучше подключить через него для более высокого качества изображения.

Включите источник питания в розетку. Загорается синий индикатор на лицевой панели приставки.

Переключите ваш телевизор в режим HDMI или Composite в зависимости от того каким кабелем подключена приставка – H или 3xRCA.

1. Во время загрузки приставки на экране телевизора появятся по очереди: Loading, Загрузка портала..., при появлении сообщения Загрузка портала... нажимаем и держим на пульте приставки кнопку SETUP, отпускаем ее при появлении сообщ Загрузка внутреннего портала..., попадаем во внутренний портал:



2. Еще раз нажимаем на пульте приставки Setup и выбираем пункт Расширенные настройки: (Advanced Settings):



3.Выбираем Язык: Русский, Временная зона: GMT +01.00 Berlin , после этого нажимаем ОК:



4. Заходим в меню Конфигурация сети:



5. Выбираем Проводное(Ethernet):



6. Выбираем Авто (DHCP) и после нажимаем кнопку EXIT на пульте приставки:



7. Заходим в меню Серверы:





9. Выбираем меню Перезагрузка и дожидаемся перезагрузки приставки:



**Настройка приставки MAG-250 для подключения через Wi-Fi**

1. Во время загрузки приставки на экране телевизора появятся по очереди: Loading, Загрузка портала..., при появлении сообщения Загрузка портала... нажимаем и держим на пульте приставки кнопку SETUP, отпускаем ее при появлении сообщения Загрузка внутреннего портала..., попадаем во внутренний портал:



2. Заходим в меню Конфигурация сети:



3. Выбираем пункт Беспроводное (Wi- Fi):



4. Выбираем пункт Авто (DHCP):



5. Нажимаем кнопку Сканировать:



6. В списке найденных сетей, выбираете Вашу беспроводную сеть и нажимаете на пульте приставки ОК:



7. В поле Пароль вводим ключ для Вашей беспроводной сети и нажимаем кнопку ОК. Для ввода символов используем экр
клавиатуру, которую можно отобразить нажатием кнопки KB на пульте приставки:



8. Выбираем меню Перезагрузка:



На этом настройка Wi-Fi сети окончена.

---

**Установка програмного обеспечения**

1. Для установки програмного обеспечения, сконфигурированного для просмотра сервиса Teleprom.TV, необходимо загрузить архив и распаковать его на внешний носитель (USB Stick или флешка, отформатированный FAT32).

2. На флешке должна появиться папка «**mag250**», а в ней 2 файла прошивки:
**imageupdate**
**Bootstrap**

3. Вставьте флешку в **задний USB разъем** приставки и включите ее, одновременно удерживая кнопку «**MENU**» на пульте появления синего меню начального загрузчика.

4. Выберите «**Def.Settings**» и нажмите стрелку «**вправо**», подтвердите.
Далее выберите «**Save & Exit**».

5. Приставка перезагрузится, снова удерживайте кнопку «**MENU**» на пульте до появления синего меню начального загрузч Выберите «**UPGRADE TOOLS**» и нажмите стрелку «**вправо**» , выберите «**USB Bootstrap**» и нажмите стрелку «**вправо**» и « приставка обновится и перезагрузится.

После первой загрузки, в портале появится окно автообновления - необходимо обновится (**F4**).

### Инструкции и плагины

Приложения для компьютера
IPTV приставка LBox
IPTV приставка Dune HD
Приложение для Android OS
Настройка Samsung Smart TV
Infomir / MAG 250 / AURA HD
Остальные устройства

### Поддержка

FAQ - вопросы и ответы
Обратная связь
Заказать звонок
Измерить скорость
Установить TeamViewer
Приложения для просмотра



### Горячая линия

🇩🇪 в Германии
04131 927 90 90
+ 49 4131 927 90 90

🇮🇱 в Израиле
+ 972 723 33 20 61

🇺🇸 в США
+1 718 395 89 95

🇨🇦 в Канаде
+1 647 243 80 38

🌐 Представитель в Вашем городе

### Информация

Услуги Teleprom.TV
Инструкции и плагины
Представительства
Плакаты и флаеры
Партнерская программа
Реквизиты компании
Контакт

### Онлайн магазин

Оплата
Доставка
Условия продаж
Ответы на вопросы
Конфиденциальность

### Производители

Все ⌄

### Способы оплаты

 

подробнее »

Лайони « **Infomir / MAG 250 / AURA HD** »

2

Мобильная версия сайта

EXHIBIT 4



⚙ 🖥 Servers 🖳 Portals

**Portal 1 name**   v

**Portal 1 URL**   p.vdali.tv

**Portal 2 name**   t

**Portal 2 URL**   p.teleprom.tv

EXIT

F1 More

EXHIBIT 5



EXHIBIT 6



EXHIBIT 7

EXHIBIT 8



EXHIBIT 9



EXHIBIT 10



EXHIBIT 11



EXHIBIT 12



EXHIBIT 13

EXHIBIT 14

# EXHIBIT 15



EXHIBIT 16

http://ping.eu/nslookup    Online Ping, Traceroute, DN... ×

File  Edit  View  Favorites  Tools  Help

Online service DNS lookup

## 📖 DNS lookup – Look up DNS record

IP address or host name: p.vdali.tv      **Go**

Using domain server:
Name:
 **127.0.0.1**

Address:
 **127.0.0.1**#53
Aliases:

p.vdali.tv is an alias for core.fun1go7vda.xyz.
core.fun1go7vda.xyz is an alias for secure.file-teleport.com.
secure.file-teleport.com has address **104.20.190.26**
secure.file-teleport.com has address **104.20.191.26**
Other functions:
Ping | Traceroute | DNS lookup | WHOIS | Port check | Reverse lookup | Proxy checker | Bandwidth meter |
Network calculator | Network mask calculator | Country by IP | Unit converter


Hilton Honors members earn 2,000 Bonus Points every day   Hilton HONORS   SIGN UP NOW   ROLLOVER TO SEE BRANDS

Hilton Honors members earn 2,000   Hilton   SIGN UP NOW

EXHIBIT 17

Online, Ping, Traceroute, DNS lookup, WHOIS, Port check, Reverse lookup, Proxy checker, Bandwidth - Internet Explorer

http://ping.eu/nslookup | Online Ping, Traceroute, DN... ×

File   Edit   View   Favorites   Tools   Help

Online service DNS lookup

## 📖 **DNS lookup** – Look up DNS record

IP address or host name: | p.teleprom.tv |          Go

Using domain server:
Name:
  **127.0.0.1**

Address:
  **127.0.0.1**#53
Aliases:

p.teleprom.tv is an alias for secure.file-teleport.com.
secure.file-teleport.com has address **104.20.190.26**
secure.file-teleport.com has address **104.20.191.26**
Other functions:
Ping | Traceroute | DNS lookup | WHOIS | Port check | Reverse lookup | Proxy checker | Bandwidth meter |
Network calculator | Network mask calculator | Country by IP | Unit converter



Hilton Honors members earn
**2,000**
Bonus Points every day
Hilton HONORS | SIGN UP NOW
ROLLOVER TO SEE BRANDS

Hilton Honors members earn
**2,000**
Bonus Points every day
Hilton HONORS | SIGN UP NOW
ROLLOVER TO SEE BRANDS