









только ведущие российские телеканалы, но и каналы ряда стран СНГ и Балтии, а также более 50 радиостанций. Новости, музыка, кино, спорт, наука и развлечения, передачи для детей и только для взрослых – каждый обязательно найдет для себя именно то, что в полной мере отвечает его потребностям. Кроме того, с помощью небольшой антенны можно просматривать каналы местного телевидения.

Но и это еще не все… В пакет входит Архив передач, а также Видеотека – коллекция лучших фильмов и сериалов. Если клиент пропустил выпуск передачи в прямом эфире, то в течение двух недель он сможет найти и просмотреть ее с помощью Архива. В Видеотеке собраны лучшие фильмы и сериалы, готовые для просмотра в любой момент.

Наши цены не кусаются. Наши технологии на полшага опережают время. Panorama.tv – это нечто большее, чем вы могли ожидать от телевидения. Потому что это – телевидение будущего. Убедиться в этом вы можете сами. Наш девиз: ЛУЧШЕ ОДИН РАЗ УВИДЕТЬ Собственными глазами.

**Подписаться**

 Задержка вещания

 Что такое видеотека?

 Функция "Архив"

 Новости

Штурм Белого дома на PANORAMA.TV
Штурм Белого дома на СТС ср, 31 авг 21:00 США/2013/ Режиссеры Роланд Эммерих В ролях Ченнинг Татум...

Главная | Подписка | Дилеры | Помощь | Связь
Условия предоставления услуг | Политика конфиденциальности

©2015 Panorama, Ltd. All Rights Reserved

Cited in Joint Stock Co Channel One Russia Worldwide v Infomir LLC 16Civ1318 Decided 3/30/17. Archived on 4/18/17. This document is protected by copyright. Further reproduction is prohibited without permission.