

### Shari Riemer/TypeWrite Word Processing Service
211 N. Milton Road
Saratoga Springs, NY 12866
518-581-TYPE or 718-966-1401
Fax # 518-207-1901 or 718-967-4843

| DATE | INVOICE # | |
|---|---|---|
| 9/14/2016 | 21259 | NY |

BILL TO:

Dunnington Bartholow & Miller
Christopher Vidulich
250 Park Avenue
New York, New York 10177
212-682-8811

# Invoice

PREPARED BY:

JUDGE: B Moses

REMARKS: Daily

RE: SDNY

DC#:

| HEARING DATE | 9/8/2016 |
|---|---|

| DATE ORDERED | 9/13/2016 |
|---|---|

| CASE NAME | CASE NO. | PAGES | PER PAGE | AMOUNT |
|---|---|---|---|---|
| Channel One v Infomir | 16-CV-1318 | 20 | 6.66 | 133.20 |

**Payments/Credits** **$0.00**

Email: transcripts@typewp.com

**Balance Due** **$133.20**

PAYMENT SHOULD BE MADE TO TYPEWRITE WORD PROCESSING SERVICE DIRECTLY TO THE ADDRESS ABOVE

### Order transcripts online:
### www.typewp.com