

# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0862126**

| | |
|---|---|
| Date | 10/22/2016 |
| Terms | Net 30 |
| Due Date | 11/21/2016 |
| Client Number | C02547 |
| Esquire Office | New York City |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Dunnington Bartholow & Miller
250 Park Avenue
Suite 1103
New York NY 10177-0001



**Services Provided For**
Dunnington Bartholow & Miller - New York
Blaustein, Samuel A
250 Park Avenue
Suite 1103
New York NY 10177-0001

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/20/2016 | J0457327 | New York, NEW YORK | "CHANNEL ONE RUSSIA WORLDWIDE" ET AL. V. INFOMIR L... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: HALF DAY | ASAF YEVDAYEV | 1 | 73.00 | 73.00 |
| SPLIT BILLING - SPLITTING BETWEEN 2 ATTORNEYS | ASAF YEVDAYEV | | | -36.50 |
| TRANSCRIPT - O&1-WI | ASAF YEVDAYEV | 144 | 4.50 | 648.00 |
| SPLIT BILLING - SPLITTING BETWEEN 2 ATTORNEYS. | ASAF YEVDAYEV | | | -324.00 |
| NEXT DAY EXPEDITE | ASAF YEVDAYEV | | | 583.20 |
| COST OF EXPEDITES SPLIT EQUALLY BETWEEN DUNNINGTON BARTHOLOW & MINTZ FRAADE AS EACH EXPEDITED TRANSCRIPTS 1 DAY | ASAF YEVDAYEV | 1 | -291.60 | -291.60 |
| TRANSCRIPT - COPY-WI | ASAF YEVDAYEV | 144 | 3.50 | 504.00 |
| SPLIT BILLING - SPLITTING BETWEEN 2 ATTORNEYS | ASAF YEVDAYEV | | | -252.00 |
| NEXT DAY EXPEDITE | ASAF YEVDAYEV | | | 453.60 |
| COST OF EXPEDITES SPLIT EQUALLY BETWEEN DUNNINGTON BARTHOLOW & MINTZ FRAADE AS EACH EXPEDITED TRANSCRIPTS 1 DAY | ASAF YEVDAYEV | 1 | -226.80 | -226.80 |
| CONDENSED TRANSCRIPT | ASAF YEVDAYEV | 1 | 30.00 | 30.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | ASAF YEVDAYEV | 1 | 50.00 | 50.00 |
| HANDLING FEE | ASAF YEVDAYEV | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN LETTER | ASAF YEVDAYEV | 1 | 0.00 | 0.00 |

*Representing Client: Dunnington Bartholow & Miller - New York*

| | |
|---|---|
| Subtotal | 1,210.90 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,246.40 |
| Amount Due | $1,246.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

### www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Dunnington Bartholow & Miller - |
| Client # | C02547 |
| Invoice # | INV0862126 |
| Invoice Date | 10/22/2016 |
| Due Date | 11/21/2016 |
| Amount Due | $ 1,246.40 |