
Writer's Direct Line
480.624.2506
Compliance@domainsbyproxy.com

September 8, 2016

Sam Blaustein
Dunnington Bartholow & Miller
250 Park Avenue
New York, NY 10177

Re:   *mypanorama.tv*
      GDG Reference No. 16-21437

Dear Mr. Blaustein:

Please consider this Domains by Proxy's official response to the Subpoena issued by the United States District Court for the Southern District of New York. In response to that Subpoena, we are herewith producing approximately four (4) pages of documents which have been Bates labeled as DBP 000001 through DBP 000004. Certain documents herein contain information that is protected by our privacy policy and therefore, Domains by Proxy requests confidential treatment of those pages that have been designated as "Confidential." You should assume that if categories of documents called for in the subpoena are not included in the produced documents, Domains by Proxy has no responsive documents for such categories.

We have also enclosed an executed Certificate of Authenticity.

Please remit your check in the amount of $6.55 to cover the cost of production.

Copying, printing and reproduction
    4 Pages x $.25 per Page     $1.00
FedEx                                              $5.55
TOTAL                                              $6.55

If we can assist further, please give me a call.

                        Very truly yours,

                        DOMAINS BY PROXY, LLC

p. p. Keena R. Willis
     Sr. Paralegal/Compliance Manager

Enclosure
KRW/anm

# CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Ashley N. Maddux, declare that I am employed by Domains by Proxy, LLC, and that my office title or position is Compliance Specialist. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of Domains by Proxy, LLC.

I further state that:

1. Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;
2. such records are kept in the course of a regularly conducted business activity;
3. the business activity made such records as a regular practice; and
4. if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 8th day of September 2016.

*[signature]*
Ashley N. Maddux
Compliance Specialist
Domains by Proxy, LLC
14747 N. Northsight Blvd., Suite 111
PMB 353
Scottsdale, Arizona 85260

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Joint Stock Company "Channel One Russia Worldwide" et al.<br>*Plaintiff*<br>v.<br>Infomir LLC et al.<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No. 16-cv-1318<br><br>GDG Ref. No.<br>16-21437 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Domains By Proxy, LLC

*(Name of person to whom this subpoena is directed)*

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents sufficient to determine the true identity of the owner, registrant and manager of the website of www.mypanorama.tv. A copy of the Order entered by the Hon. Barbara Moses, USMJ, is attached for your reference.

| Place: Dunnington Bartholow & Miller<br>250 Park Avenue, New York NY 10177<br>Attn: Sam Blaustein | Date and Time:<br>08/12/2016 12:00 PM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/25/16

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Joint Stoc Stock Company "Channel One Russia Worldwide" et al. , who issues or requests this subpoena, are:
Dunnington Bartholow & Miller - Raymond J. Dowd
250 Park Avenue, New York NY 10177, rdowd@dunnington.com, 212-682-8811

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).