# setplex

Setplex LLC
eddie@setplex.com
www.SETPLEX.com

## INVOICE

**BILL TO**
Asaf Yevdayev

**SHIP TO**
Asaf Yevdayev

Products Not at Issue Redacted

**INVOICE #** 1109
**DATE** 04/06/2017
**DUE DATE** 04/21/2017
**TERMS** Net 15

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|

Products Not at Issue Redacted

| PanaromaTV<br>Panaroma Monthly Client Fee MARCH 2017 | 4,226 | 3.50 | 14,791.00 |

Products Not at Issue Redacted

**BALANCE DUE** 

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: 021000021 Account number:
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO
"SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

Thank You For Your Business!    Y000326

Y000327

Setplex LLC
eddie@setplex.com
www.SETPLEX.com

# setplex

## INVOICE

**BILL TO**
Asaf Yevdayev

**SHIP TO**
Asaf Yevdayev

**INVOICE #** 1116
**DATE** 05/04/2017
**DUE DATE** 05/19/2017
**TERMS** Net 15

Products Not at Issue Redacted

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Products Not at Issue Redacted | | | |
| PanaromaTV<br>PanaromaTV Monthly Client Fee APRIL 2017 | 4,236 | 3.50 | 14,826.00 |
| Products Not at Issue Redacted | | | |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: 021000021 Account number
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

SUBTOTAL
SHIPPING
TOTAL
BALANCE DUE



Thank You For Your Business!

Y000328

Y000329

## setplex

Setplex LLC
lionel@setplex.com
www.SETPLEX.com

# INVOICE

**BILL TO**
Asaf Yevdayev

**SHIP TO**
Asaf Yevdayev

**INVOICE #** 1130
**DATE** 06/01/2017
**DUE DATE** 06/01/2017
**TERMS** Due on receipt

Products Not at Issue Redacted

Products Not at Issue Redacted

| | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| PanaromaTV<br>PanaromaTV Monthly Client Fee MAY 2017 | 4,241 | 3.00 | 12,723.00 |

Products Not at Issue Redacted

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: 021000021 Account number 
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

**BALANCE DUE**

Thank You For Your Business!

Y000330

Y000331

# setplex

**Setplex LLC**
lionel@setplex.com
www.SETPLEX.com

# INVOICE

**BILL TO**
Asaf Yevdayev

**SHIP TO**
Asaf Yevdayev

**INVOICE #** 1144
**DATE** 07/10/2017
**DUE DATE** 07/25/2017
**TERMS** Net 15

Products Not at Issue Redacted

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Products Not at Issue Redacted | | | |
| PanaromaTV<br>PanaromaTV Monthly Client Fee JUNE 2017 | 2,354 | 3.50 | 8,239.00 |
| Products Not at Issue Redacted | | | |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: 021000021 Account num
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

**BALANCE DUE** 

Thank You For Your Business!

Y000332

Y000333

# setplex

**Setplex LLC**
lionel@setplex.com
www.SETPLEX.com

# INVOICE

**BILL TO**
Asaf Yevdayev
Products Not at Issue Redacted

**SHIP TO**
Asaf Yevdayev

**INVOICE #** 1153
**DATE** 08/10/2017
**DUE DATE** 08/25/2017
**TERMS** Net 15

| | QTY | | | RATE | |
|---|---|---|---|---|---|

Products Not at Issue Redacted

| PanaromaTV | | 2,029 | 3.00 | 6,087.00 |
| PanaromaTV Monthly Client Fee JULY 2017 | | | | |

Products Not at Issue Redacted

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: 021000021 Account number: [redacted]
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

Authorized by Lionel Dreshaj

**BALANCE DUE** [redacted]

Thank You For Your Business!

Y000334

Y000335

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# setplex

## INVOICE

**BILL TO**
Asaf Yevdayev

**SHIP TO**
Asaf Yevdayev

**INVOICE #** 1161
**DATE** 09/05/2017
**DUE DATE** 09/20/2017
**TERMS** Net 15

Products Not at Issue Redacted



Products Not at Issue Redacted

| | | | |
|---|---|---|---|
| PanaromaTV | 3,912 | 3.00 | 11,736.00 |
| Panaromatv Monthly Client Fee | | | |

Products Not at Issue Redacted

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: 021000021  Account number: [redacted]
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

Authorized by: Lionel Dreshaj

**BALANCE DUE** [redacted]

Y000337

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# setplex

*Oof.*

## INVOICE

**BILL TO**
Asaf Yevdayev

**SHIP TO**
Asaf Yevdayev

**INVOICE #** 1169
**DATE** 10/02/2017
**DUE DATE** 10/17/2017
**TERMS** Net 15

Products Not at Issue Redacted

Products Not at Issue Redacted

| | | AMOUNT |
|---|---|---|
| PanaromaTV — Panaromatv Monthly Client Fee | 1,794   3.00 | 5,382.00 |

Products Not at Issue Redacted

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: 021000021 Account numb[redacted]
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

Authorized by: Lionel Dreshaj

**BALANCE DUE** [redacted]

Y000339

Setplex LLC

lionel@setplex.com
www.SETPLEX.com

# setplex

## INVOICE

**BILL TO**
Asaf Yevdayev

**SHIP TO**
Asaf Yevdayev

**INVOICE #** 1185
**DATE** 11/01/2017
**DUE DATE** 11/16/2017
**TERMS** Net 15

Products Not at Issue Redacted

Products Not at Issue Redacted

| | | | |
|---|---|---|---|
| PanaromaTV RussianTV Monthly Client Fee | 1,688 | 3.00 | 5,064.00 |

Products Not at Issue Redacted

**Money Transfer Information*:**
Bank Name: Chase Bank
Routing Number: 021000021  Account number
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX* (PLEASE INCLUDE INVOICE NUMBER)

**BALANCE DUE**

Authorized by: Lionel Dreshaj

Thank You For Your Business!

Y000340

Y000341