

**vse hd <a@vsehd.com>**

# Invoice 1109 from Setplex LLC
1 message

**Setplex LLC** <quickbooks@notification.intuit.com>        Thu, Apr 6, 2017 at 12:47 PM
Reply-To: eddie@setplex.com
To: a@vsehd.com

## setplex **Setplex LLC**

| INVOICE | DUE DATE | BALANCE DUE | |
| --- | --- | --- | --- |
| 1109 | 04/21/2017 | $30,401.00 | View invoice |

Dear Asaf Yevdayev,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Setplex LLC



**intuit quickbooks.**        © Intuit, Inc. All rights reserved.   Privacy | Security | Terms of Service

📄 **Invoice_1109_from_Setplex_LLC.pdf**
     33K



**vse hd <a@vsehd.com>**

# Invoice 1116 from Setplex LLC
1 message

**Setplex LLC** <quickbooks@notification.intuit.com>　　　　　Thu, May 4, 2017 at 10:31 AM
Reply-To: eddie@setplex.com
To: a@vsehd.com

## Setplex LLC

| INVOICE | DUE DATE | BALANCE DUE | |
|---|---|---|---|
| 1116 | 05/19/2017 | $36,917.00 | View invoice |

Dear Asaf Yevdayev,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Setplex LLC



© Intuit, Inc. All rights reserved.  Privacy | Security | Terms of Service

📄 **Invoice_1116_from_Setplex_LLC.pdf**
　 33K



**vse hd <a@vsehd.com>**

## Invoice 1130 from Setplex LLC
1 message

**Setplex LLC** <quickbooks@notification.intuit.com>                    Thu, Jun 1, 2017 at 3:52 PM
Reply-To: eddie@setplex.com
To: a@vsehd.com
Cc: albert@ilbtv.com

### setplex **Setplex LLC**

| INVOICE | DUE DATE | BALANCE DUE | |
|---------|----------|-------------|---|
| 1130 | 06/01/2017 | $31,468.50 | View invoice |

Dear Asaf Yevdayev,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Setplex LLC

intuit **quickbooks.**            © Intuit, Inc. All rights reserved.  Privacy | Security | Terms of Service

📄 **Invoice_1130_from_Setplex_LLC.pdf**
33K

Y000344



**vse hd <a@vsehd.com>**

---

# Invoice 1144 from Setplex LLC
1 message

---

**Setplex LLC** <quickbooks@notification.intuit.com>                    Mon, Jul 10, 2017 at 3:31 PM
Reply-To: lionel@setplex.com
To: a@vsehd.com
Cc: lionel@setplex.com

---

setplex  **Setplex LLC**

| INVOICE | DUE DATE | BALANCE DUE | |
|---------|----------|-------------|--|
| 1144 | 07/25/2017 | $23,849.00 | View invoice |

Dear Asaf Yevdayev,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Setplex LLC

---

intuit **quickbooks.**          © Intuit, Inc. All rights reserved.  Privacy | Security | Terms of Service

---

📄 **Invoice_1144_from_Setplex_LLC.pdf**
33K



vse hd <a@vsehd.com>

# Invoice 1153 from Setplex LLC
1 message

**Setplex LLC** <quickbooks@notification.intuit.com>                Thu, Aug 10, 2017 at 10:22 AM
Reply-To: lionel@setplex.com
To: a@vsehd.com

 **Setplex LLC**

| INVOICE | DUE DATE | BALANCE DUE | |
|---------|----------|-------------|---|
| 1153 | 08/25/2017 | $35,749.00 | View invoice |

Dear Asaf Yevdayev,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Setplex LLC

                © Intuit, Inc. All rights reserved.  Privacy | Security | Terms of Service

📄 **Invoice_1153_from_Setplex_LLC.pdf**
32K



**vse hd <a@vsehd.com>**

# Invoice 1161 from Setplex LLC
1 message

**Setplex LLC** <quickbooks@notification.intuit.com>    Tue, Sep 5, 2017 at 4:19 PM
Reply-To: lionel@setplex.com
To: a@vsehd.com

 **Setplex LLC**

| INVOICE | DUE DATE | BALANCE DUE | |
|---------|----------|-------------|---|
| 1161 | 09/20/2017 | $28,238.00 | View invoice |

Dear Asaf Yevdayev,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Setplex LLC

intuit **quickbooks.**    © Intuit, Inc. All rights reserved.  Privacy | Security | Terms of Service

📄 **Invoice_1161_from_Setplex_LLC.pdf**
32K

Y000347



**vse hd <a@vsehd.com>**

---

# Invoice 1169 from Setplex LLC
1 message

---

**Setplex LLC** <quickbooks@notification.intuit.com>                    Mon, Oct 2, 2017 at 12:26 PM
Reply-To: lionel@setplex.com
To: a@vsehd.com
Cc: lionel@setplex.com

 **Setplex LLC**

| INVOICE | DUE DATE | BALANCE DUE | |
|---------|----------|-------------|---|
| 1169 | 10/17/2017 | $31,349.50 | View invoice |

Dear Asaf Yevdayev,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Setplex LLC

---

intuit **quickbooks.**                    © Intuit, Inc. All rights reserved.  Privacy | Security | Terms of Service

---

📄 **Invoice_1169_from_Setplex_LLC.pdf**
32K



**vse hd <a@vsehd.com>**

# Invoice 1185 from Setplex LLC
1 message

**Setplex LLC** <quickbooks@notification.intuit.com>                    Wed, Nov 1, 2017 at 3:17 PM
Reply-To: lionel@setplex.com
To: a@vsehd.com

setplex **Setplex LLC**

| INVOICE | DUE DATE | BALANCE DUE | |
|---|---|---|---|
| 1185 | 11/16/2017 | $28,545.00 | View invoice |

Dear Asaf Yevdayev,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Setplex LLC

intuit **quickbooks.**          © Intuit, Inc. All rights reserved.  Privacy | Security | Terms of Service



📄 **Invoice_1185_from_Setplex_LLC.pdf**
32K