REDACTED

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# setple⟩

# INVOICE

| BILL TO | SHIP TO | |
|---------|---------|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1185 |
| PolskaHD | PolskaHD | **DATE** 11/01/2017 |
| | | **DUE DATE** 11/16/2017 |
| | | **TERMS** Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| **PolskaTVClients** <br> Polska Monthly Client Fee | ███ | ███ | ███ |
| **PanaromaTV** <br> RussianTV Monthly Client Fee | 1,688 | 3.00 | 5,064.00 |
| **BenimTVClients** <br> BenimTV Monthly Client Fee | ██ | ██ | ███ |
| **VistaTVClients** <br> VistaTV Monthly Client Fee | 248 | 3.00 | 744.00 |
| **ServerRentalAMS** <br> Server Rental Amsterdam | █ | ███ | ███ |
| **ServerRentalGRE** <br> Server Rental Greece | █ | ███ | ███ |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ████████ Account number: ████████
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO
"SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

Authorized by: Lionel Dreshaj

**BALANCE DUE**     **$**████████

Thank You For Your Business!

CONFIDENTIAL

**Setplex LLC**

# setplex

lionel@setplex.com
www.SETPLEX.com

## INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1169 |
| PolskaHD | PolskaHD | **DATE** 10/02/2017 |
| | | **DUE DATE** 10/17/2017 |
| | | **TERMS** Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PolskaTVClients** <br> Polska Monthly Client Fee | ███ | ███ | ███ |
| **PanaromaTV** <br> Panaromatv Monthly Client Fee | 1,794 | 3.00 | 5,382.00 |
| **BenimTVClients** <br> Benimtv Monthly Client Fee | ██ | ███ | ███ |
| **VistaTVClients** <br> Vistatv Monthly Client Fee | 233 | 3.00 | 699.00 |
| **ServerRentalAMS** <br> Server Rental Amsterdam | █ | ███ | ███ |
| **ServerRentalGRE** <br> Server Rental Greece | █ | ███ | ███ |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ███████ Account number: ██████
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

**BALANCE DUE** $██████

Authorized by: Lionel Dreshaj

Thank You For Your Business!

**Setplex LLC**

# setplex

lionel@setplex.com
www.SETPLEX.com

## INVOICE

**BILL TO**
Asaf Yevdayev
PolskaHD

**SHIP TO**
Asaf Yevdayev
PolskaHD

**INVOICE #** 1175
**DATE** 10/16/2017
**DUE DATE** 10/16/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SP110**<br>SP-110 | 36 | 56.00 | 2,016.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▮▮▮▮▮▮▮ Account number: ▮▮▮▮▮▮
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

| | |
|---|---|
| SUBTOTAL | 2,016.00 |
| SHIPPING | 50.00 |
| TOTAL | 2,066.00 |
| PAYMENT | 2,066.00 |
| BALANCE DUE | **$0.00** |

PAID

Authorized by: Lionel Dreshaj

Thank You For Your Business!

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# setplex

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1161 |
| PolskaHD | PolskaHD | **DATE** 09/05/2017 |
| | | **DUE DATE** 09/20/2017 |
| | | **TERMS** Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PolskaTVClients** Polska Monthly Client Fee | ■ | ■ | ■ |
| **PanaromaTV** Panaromatv Monthly Client Fee | 3,912 | 3.00 | 11,736.00 |
| **BenimTVClients** Benimtv Monthly Client Fee | ■ | ■ | ■ |
| **VistaTVClients** Vistatv Monthly Client Fee | 156 | 3.00 | 468.00 |
| **ServerRentalAMS** Server Rental Amsterdam | ■ | ■ | ■ |
| **ServerRentalGRE** Server Rental Greece | ■ | ■ | ■ |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ■■■■■  Account number: ■■■■■
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO
"SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

Authorized by: Lionel Dreshaj

**BALANCE DUE**      $■■■■■

Thank You For Your Business!

**Setplex LLC**



lionel@setplex.com
www.SETPLEX.com

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1153 |
| PolskaHD | PolskaHD | **DATE** 08/10/2017 |
| | | **DUE DATE** 08/25/2017 |
| | | **TERMS** Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PolskaTVClients**<br>Polska Monthly Client Fee JULY 2017 | ██ | ██ | ███ |
| **PanaromaTV**<br>PanaromaTV Monthly Client Fee JULY 2017 | 2,029 | 3.00 | 6,087.00 |
| **BenimTVClients**<br>BenimTV Monthly Client Fee JULY  2017 | ██ | ██ | ███ |
| **VistaTVClients**<br>VistaTV Monthly Client Fee JULY 2017 | 177 | 3.00 | 531.00 |
| **ServerRentalAMS**<br>Server Rental Amsterdam | █ | ██ | ███ |
| **ServerRentalGRE**<br>Server Rental Greece | █ | ██ | ███ |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number:███████ Account number: ██████
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

PAYMENT ███
BALANCE DUE $████

Authorized by: Lionel Dreshaj

Thank You For Your Business!

CONFIDENTIAL

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# INVOICE

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** 1147 |
| Asaf Yevdayev | Asaf Yevdayev | **DATE** 07/27/2017 |
| PolskaHD | PolskaHD | **DUE DATE** 07/27/2017 |
| | | **TERMS** Due on receipt |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SP110**<br>sp 110 stb | 108 | 56.00 | 6,048.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ███████    Account number: ███████
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

| | |
|---|---|
| SUBTOTAL | 6,048.00 |
| SHIPPING | 150.00 |
| TOTAL | 6,198.00 |
| PAYMENT | 6,198.00 |
| BALANCE DUE | **$0.00** |

PAID

Authorized by: Lionel Dreshaj

Thank You For Your Business!

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# setplex

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1144 |
| PolskaHD | PolskaHD | **DATE** 07/10/2017 |
| | | **DUE DATE** 07/25/2017 |
| | | **TERMS** Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PolskaTVClients**<br>Polska Monthly Client Fee JUNE 2017 | ■ | ■ | ■ |
| **PanaromaTV**<br>PanaromaTV Monthly Client Fee JUNE 2017 | 2,354 | 3.50 | 8,239.00 |
| **BenimTVClients**<br>BenimTV Monthly Client Fee JUNE 2017 | ■ | ■ | ■ |
| **VistaTVClients**<br>VistaTV Monthly Client Fee JUNE 2017 | 80 | 3.50 | 280.00 |
| **ServerRentalAMS**<br>Server Rental Amsterdam | ■ | ■ | ■ |
| **ServerRentalGRE**<br>Server Rental Greece | ■ | ■ | ■ |



Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▮▮▮▮ Account number: ▮▮▮▮
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY
10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO
"SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| PAYMENT | ■ |
|---|---|
| BALANCE DUE | $■ |

Thank You For Your Business!

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# setplex

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1130 |
| PolskaHD | PolskaHD | **DATE** 06/01/2017 |
| | | **DUE DATE** 06/01/2017 |
| | | **TERMS** Due on receipt |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PolskaTVClients** Polska Monthly Client Fee MAY 2017 | ███ | ███ | ███ |
| **PanaromaTV** PanaromaTV Monthly Client Fee MAY 2017 | 4,241 | 3.00 | 12,723.00 |
| **BenimTVClients** BenimTV Monthly Client Fee MAY 2017 | ███ | ███ | ███ |
| **VistaTVClients** VistaTV Monthly Client Fee MAY 2017 | 85 | 3.00 | 255.00 |
| **ServerRentalAMS** Server Rental Amsterdam | ██ | ███ | ███ |
| **ServerRentalGRE** Server Rental Greece | ██ | ███ | ███ |



Money Transfer Information*:

Bank Name: Chase Bank

Routing Number: ████████   Account number: ████████

SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601

PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)

THIS INVOICE IS PREPARED BY: EDDIE DEVA

Authorized by: Lionel Dreshaj

| PAYMENT | ███ |
|---|---|
| BALANCE DUE | $ ███ |

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# INVOICE

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** 1116 |
| Asaf Yevdayev | Asaf Yevdayev | **DATE** 05/04/2017 |
| PolskaHD | PolskaHD | **DUE DATE** 05/19/2017 |
| | | **TERMS** Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PolskaTVClients** Polska Monthly Client Fee APRIL 2017 | ■ | ■ | ■ |
| **PanaromaTV** PanaromaTV Monthly Client Fee APRIL 2017 | 4,236 | 3.50 | 14,826.00 |
| **BenimTVClients** BenimTV Monthly Client Fee APRIL 2017 | ■ | ■ | ■ |
| **VistaTVClients** VistaTV Monthly Client Fee APRIL 2017 | 65 | 3.50 | 227.50 |
| **ServerRentalAMS** Server Rental Amsterdam | ■ | ■ | ■ |
| **ServerRentalGRE** Server Rental Greece Servers that were cleared on OVH: http://51.255.74.155 http://137.74.200.127 http://37.187.133.128 http://37.187.133.111 http://193.70.34.148 | ■ | ■ | ■ |
| **SP110** SP110 Shipment 05/05/17 | 90 | 56.00 | 5,040.00 |

PAID

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number:■■■  Account number:■■■
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| | |
|---|---|
| SUBTOTAL | ■ |
| SHIPPING | |
| TOTAL | |
| PAYMENT | |
| BALANCE DUE | $■ |

Thank You For Your Business!

**Setplex LLC**

# setplex

lionel@setplex.com
www.SETPLEX.com

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1122 |
| PolskaHD | PolskaHD | **DATE** 05/10/2017 |
| | | **DUE DATE** 05/10/2017 |
| | | **TERMS** Due on receipt |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SP110**<br>SP110 | 288 | 56.00 | 16,128.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▓▓▓▓▓▓  Account number: ▓▓▓▓▓▓
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY
10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO
"SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| | |
|---|---|
| SUBTOTAL | 16,128.00 |
| SHIPPING | 400.00 |
| TOTAL | 16,528.00 |
| PAYMENT | 16,528.00 |
| BALANCE DUE | **$0.00** |

PAID

Thank You For Your Business!

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# INVOICE

| **BILL TO** | **SHIP TO** | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1109 |
| PolskaHD | PolskaHD | **DATE** 04/06/2017 |
| | | **DUE DATE** 04/21/2017 |
| | | **TERMS** Net 15 |



| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PolskaTVClients**<br>Polska Monthly Client Fee MARCH 2017 | ▮ | ▮ | ▮ |
| **VistaTVClients**<br>Vista Monthly Client Fee MARCH 2017 | 37 | 3.50 | 129.50 |
| **BenimTVClients**<br>Benim Monthly Client Fee MARCH 2017 | ▮ | ▮ | ▮ |
| **PanaromaTV**<br>Panaroma Monthly Client Fee MARCH 2017 | 4,226 | 3.50 | 14,791.00 |
| **ServerRentalAMS**<br>Server Rental Amsterdam | ▮ | ▮ | ▮ |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▮▮▮ Account number: ▮▮▮
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| PAYMENT | ▮ |
|---|---|
| BALANCE DUE | $▮ |

Thank You For Your Business!

**Setplex LLC**

# setplex

lionel@setplex.com
www.SETPLEX.com

## INVOICE

| **BILL TO** | **SHIP TO** | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1107 |
| PolskaHD | PolskaHD | **DATE** 04/06/2017 |
| | | **DUE DATE** 04/06/2017 |
| | | **TERMS** Due on receipt |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SP110** | 252 | 56.00 | 14,112.00 |
| sp110 | | | |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▇▇▇▇▇▇ Account number: ▇▇▇▇▇▇
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| | |
|---|---|
| SUBTOTAL | 14,112.00 |
| SHIPPING | 350.00 |
| TOTAL | 14,462.00 |
| PAYMENT | 14,462.00 |
| BALANCE DUE | **$0.00** |

PAID

Thank You For Your Business!

**REDACTED**

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# INVOICE



| **BILL TO** | **SHIP TO** | **INVOICE #** 1098 |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **DATE** 03/16/2017 |
| PolskaHD | PolskaHD | **DUE DATE** 03/31/2017 |
| | | **TERMS** Net 15 |



| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **VOD Server**<br>5000 Titles | ■ | ■ | ■ |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number:■■■ Account number:■■■
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

PAYMENT
BALANCE DUE

PAID

Thank You For Your Business!

**REDACTED**

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1092 |
| PolskaHD | PolskaHD | **DATE** 03/08/2017 |
| | | **DUE DATE** 03/23/2017 |
| | | **TERMS** Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PolskaTVClients**<br>PolskaTVClients February 2017 | 2,900 | 3.50 | 10,150.00 |
| **BenimTVClients**<br>BenimTVClients February 2017 | ■ | ■ | ■ |
| **VistaTVClients**<br>VistaTVClients February 2017 | 23 | 3.50 | 80.50 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number:■ Account number:■
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY
10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO
"SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

PAYMENT ■
BALANCE DUE $■

PAID

Thank You For Your Business!

CONFIDENTIAL

SET000360

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com



# INVOICE

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** 1100 |
| Asaf Yevdayev | Asaf Yevdayev | **DATE** 03/20/2017 |
| PolskaHD | PolskaHD | **DUE DATE** 03/20/2017 |
| | | **TERMS** Due on receipt |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Remote Control**<br>REMOTE CONTROLS | ███ | ███ | ███ |
| **SP110**<br>SP110 | 306 | 56.00 | 17,136.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ███████ Account number: ███████
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY
10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO
"SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

PAYMENT
BALANCE DUE        ███

*PAID*

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1091 |
| PolskaHD | PolskaHD | **DATE** 03/08/2017 |
| | | **DUE DATE** 03/08/2017 |
| | | **TERMS** Due on receipt |

| SHIP DATE | SHIP VIA |
|---|---|
| 03/06/2017 | UPS |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SP110**<br>SP110 SHIPMENT | 90 | 56.00 | 5,040.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▉▉▉▉ Account number: ▉▉▉▉
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO
"SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| | |
|---|---|
| SUBTOTAL | 5,040.00 |
| SHIPPING | 125.00 |
| TOTAL | 5,165.00 |
| PAYMENT | 5,165.00 |
| BALANCE DUE | **$0.00** |

PAID

Thank You For Your Business!

**Setplex LLC**



lionel@setplex.com
www.SETPLEX.com

# INVOICE

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** 1090 |
| Asaf Yevdayev | Asaf Yevdayev | **DATE** 02/23/2017 |
| PolskaHD | PolskaHD | **DUE DATE** 02/23/2017 |
| | | **TERMS** Due on receipt |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Catch Up Server**<br>Russian Catch Up Server | 1 | 6,480.00 | 6,480.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▆▆▆▆▆▆   Account number: ▆▆▆▆▆▆
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| PAYMENT | 6,480.00 |
|---|---|
| BALANCE DUE | **$0.00** |

PAID

Thank You For Your Business!

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# INVOICE

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** 1088 |
| Asaf Yevdayev | Asaf Yevdayev | **DATE** 02/21/2017 |
| PolskaHD | PolskaHD | **DUE DATE** 02/21/2017 |
| | | **TERMS** Due on receipt |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SP110**<br>SP-110 | 198 | 56.00 | 11,088.00 |
| **SP110**<br>SP-110 - ALREADY DELIVERED LAST WEEK | 36 | 56.00 | 2,016.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ██████ Account number: ██████
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| | |
|---|---|
| SUBTOTAL | 13,104.00 |
| SHIPPING | 325.00 |
| TOTAL | 13,429.00 |
| PAYMENT | 13,429.00 |
| BALANCE DUE | **$0.00** |

PAID

Thank You For Your Business!

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com

# INVOICE

**BILL TO**

Asaf Yevdayev
PolskaHD

**SHIP TO**

Asaf Yevdayev
PolskaHD

**INVOICE #** 1083
**DATE** 02/01/2017
**DUE DATE** 02/01/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SP110**<br>SP110 STB | 216 | 56.00 | 12,096.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▮▮▮▮▮▮   Account number: ▮▮▮▮▮▮
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| PAYMENT | 12,096.00 |
|---|---|
| BALANCE DUE | **$0.00** |

PAID

Thank You For Your Business!

**Setplex LLC**



lionel@setplex.com
www.SETPLEX.com

# INVOICE

**BILL TO**
Asaf Yevdayev
PolskaHD

**SHIP TO**
Asaf Yevdayev
PolskaHD

**INVOICE #** 1081
**DATE** 01/19/2017
**DUE DATE** 01/19/2017
**TERMS** Due on receipt

**SHIP VIA**
UPS

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SP110** <br> SP110 STB | 108 | 56.00 | 6,048.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▮▮▮▮ Account number: ▮▮▮▮
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| | |
|---|---|
| SUBTOTAL | 6,048.00 |
| SHIPPING | 270.00 |
| TOTAL | 6,318.00 |
| PAYMENT | 6,318.00 |
| BALANCE DUE | **$0.00** |

PAID

Thank You For Your Business!

**Setplex LLC**

lionel@setplex.com
www.SETPLEX.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Asaf Yevdayev | Asaf Yevdayev | **INVOICE #** 1078 |
| PolskaHD | PolskaHD | **DATE** 01/17/2017 |
| | | **DUE DATE** 01/19/2017 |
| | | **TERMS** Due on receipt |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SmartCards** <br> Smart cards and Readers | ■ | ■ | ■ |
| **OVH Servers** <br> Monthly OVH servers | ■ | ■ | ■ |
| **Leasweb Server** <br> Monthly leasweb server | ■ | ■ | ■ |
| **Encoder** <br> Encoders | ■ | ■ | ■ |
| **UKGUY** <br> UK guy per channel charged us that but we don't renew | ■ | ■ | ■ |
| **SP110** <br> SP110 STB | 216 | 56.00 | 12,096.00 |
| **Catchup** <br> CatchUp Server | 1 | 6,480.00 | 6,480.00 |

Money Transfer Information*:
Bank Name: Chase Bank
Routing Number: ▆▆▆▆ Account number: ▆▆▆▆
SETPLEX address: 1 Barker Ave Suite 290 White Plains, NY 10601
PAYMENTS BY CHECK* MAKE CHECKS PAYABLE TO "SETPLEX" (PLEASE INCLUDE INVOICE NUMBER)
THIS INVOICE IS PREPARED BY: EDDIE DEVA
Authorized by: Lionel Dreshaj

| | |
|---|---|
| PAYMENT | ■ |
| BALANCE DUE | $ ■ |

Thank You For Your Business!