

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY CHANNEL
ONE RUSSIA WORLDWIDE, et al.,

        Plaintiffs,

    -against-

INFOMIR LLC, et al.,

        Defendants.

16-CV-1318 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The defendant described in the First Amended Complaint (Dkt. No. 211) as "Goodzone TV (www.gudzon.tv)" has been identified by counsel as S.K. Management of New York, Inc., which according to its principal Sam Katsman operates the business known as "Goodzone TV" and the associated website www.gudzon.com. (*See* Dkt. No. 276-2, ¶¶ 2, 4.) For the reasons discussed at today's discovery conference, and with the consent of all parties present, the Clerk of the Court is respectfully directed pursuant to Fed. R. Civ. P. 21 to add S.K. Management of New York, Inc. as a defendant in this action, in the place and stead of defendant "Goodzone TV," and to update the electronic records and amend the caption of this action accordingly.

Dated:   New York, New York
           February 9, 2018

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**