USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY CHANNEL ONE
RUSSIA WORLDWIDE, et al.,

       Plaintiffs,

   -against-

INFOMIR LLC, et al.,

       Defendants.

16-CV-1318 (GBD) (BCM)

**DISCOVERY ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record at the February 9, 2018 discovery conference, it is hereby ORDERED that:

1. Defendant S.K. Management of New York Inc. (S.K. Management), originally sued as Goodzone TV, will produce, no later than **February 14, 2018**, all documents responsive to the portions of plaintiffs' first request for the production of documents as to which S.K. Management did not object. (*See* Dkt. No. 511-4.)

2. S.K. Management will produce its privilege log no later than **February 21, 2018**.

3. Defendant Infomir LLC (Infomir) will supplement its responses to plaintiffs' first request for the production of documents (*see* Dkt. No. 511-3) and produce additional documents, as directed on the record at the February 9 discovery conference and as summarized below, no later than **February 23, 2018**.

   a. <u>Request Nos. 6, 9</u>: Infomir will produce responsive documents.

   b. <u>Request Nos. 7, 10</u>: Infomir will supplement its responses and produce responsive documents.

   c. <u>Request No. 16</u>: Infomir will produce documents showing payments made by Infomir to defendant Infomir GmBH (GmBH), Pavil Marakhovskiyi or Dmitri Adamovski, and payments received by Infomir from GmBH, Marakhovskiyi or Adamovski, in each case since January 1, 2014.

4. Infomir will produce its privilege log no later than **March 2, 2018**.

5. Plaintiffs will produce to counsel for S.K. Management and Infomir, no later than **February 23, 2018**, the username(s) and password(s) used by their investigator(s) to research websites and/or products allegedly associated with either defendant and described in any affidavit or other document filed by plaintiffs in this action. Counsel

1

will share that information <u>only</u> with those of defendants' employees or agents who are directly involved in tracing and/or verifying plaintiffs' investigative activities and who need the information for that purpose. Defendants will otherwise keep confidential the username(s) and password(s) provided, will not further disclose such information, and will not use it, directly or indirectly, to block plaintiffs' lawful access to their websites or interfere in any other way with plaintiffs' lawful use of the internet.

6. Plaintiffs will supplement their responses to S.K. Management's first set of interrogatories and first request for the production of documents (*see* Dkt. No. 517-2) and will produce additional documents, as directed on the record at the February 9 discovery conference and as summarized below, no later than **March 9, 2018**.

   a. <u>Request Nos. 3, 5</u>: Plaintiffs will produce responsive documents.

   b. <u>Request Nos. 1, 2, 6, 7, 12, 20</u>: Plaintiffs will supplement their responses and produce responsive documents.

   c. <u>Request No. 8</u>: Plaintiffs will produce any agreements, contracts, licenses or other documents pertaining to the licensing or distribution of the programming and content described in the First Amended Complaint within the United States via Internet Protocol television (IPTV). Plaintiffs may designate the documents "confidential" or "attorneys' eyes only," if so warranted, pursuant to the parties' Stipulated Protective Order and Non-Disclosure Agreement (Dkt. No. 504) and may redact the documents to protect trade secrets, if any, but may not redact the identity of the licensees or the economic terms of the agreements.

   d. <u>Request No. 11</u>: Plaintiffs will respond as directed in paragraph 5 of this Order.

   e. <u>Request Nos. 13 to 17</u>: Plaintiffs will produce responsive documents as to S.K. Management.

   f. <u>Request No. 19</u>: Plaintiffs will produce documents sufficient to identify the earliest date on which they claim that S.K. Management broadcast any content or programming in violation of their intellectual property rights.

   g. <u>Request No. 22</u>: Plaintiffs will produce documents sufficient to show that the content or programming at issue in this action was first broadcast via satellite.

7. Plaintiffs will supplement their responses to Infomir's first request for the production of documents (*see* Dkt. No. 516-1) and will produce additional documents, as directed on the record at the February 9 discovery conference and as summarized below, no later than **March 9, 2018**.

   a. <u>Request Nos. 20 to 23, 31, 33, 39, 54, 56</u>: Plaintiffs will supplement their responses and produce responsive documents.

    b. <u>Request No. 16</u>: Plaintiffs will supplement their response and produce exemplars of the works at issue in this action.

    c. <u>Request No. 19</u>: Plaintiffs will supplement their response and produce documents sufficient to show any simultaneous initial broadcast or initial broadcast of any work at issue in this action in the United States.

    h. <u>Request Nos. 24 to 26</u>: Plaintiffs will produce any agreements, contracts, licenses or other documents pertaining to the licensing or distribution of the programming and content described in the First Amended Complaint within the United States via IPTV. Plaintiffs may designate the documents "confidential" or "attorneys' eyes only," if so warranted, pursuant to the parties' Stipulated Protective Order and Non-Disclosure Agreement and may redact the documents to protect trade secrets, if any, but may not redact the identity of the licensees or the economic terms of the agreements.

    d. <u>Request No. 34</u>: Plaintiffs will supplement their response and produce all United States registrations of the marks at issue in this action, as well as any foreign registrations on which they intend to rely for any element of any cause of action asserted in this action.

    e. <u>Request Nos. 41-45</u>: If Infomir wishes to move for an order compelling plaintiffs to respond to these requests on the present discovery record, it will do so by letter-application filed no later than **February 23, 2018**. Plaintiffs' response shall be filed no later than **March 9, 2018.**

8. Plaintiffs will produce their privilege logs no later than **March 23, 2018**.

Dated:    New York, New York
          February 13, 2018

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

3