# EXHIBIT 3

Kyiv: +380 44 201-31-30          Moscow: +7 499 703-41-87     RU     EN     PL

Home    Services    Connect    Members    Statistics    Contacts

# Members






Soniko              KPI Telecom            1+1 Media                               Akamai

                                           The structure of 1+1 Media              Akamai is the world's largest
                                           includes 7 television                   and most trusted cloud
                                           channels, group of Internet-            delivery platform. The
                                           sites, own production                   company makes it easier for
                                           department and the High                 its customers to provide the
                                           School of Media&Production              best and most secure digital
                                                                                   experiences on any device,
                                                                                   anytime, anywhere.
                                                                                   Akamai's massively






DneproNet             KyivLink              IT-Telenet                             Rackplace

© 2012 — 2018                     phone: +380 44 201-31-30         Gaidara street, 50
Ukrainian Backbone Networks LLC   support: +380 44 201-31-36       Kyiv, Ukraine
                                  noc@giganet.ua                   01033

Case 1:16-cv-01318-GBD-BCM   Document 550-3   Filed 03/23/18   Page 3 of 11


Batyevka.Net


UAcity


Adamant

Company provides wide variety of telecommunications services since 1992: Internet connectivity, L2 transport channels, colocation, hosting, VPS, domain names registration and multimedia services.


Zastava.NET


DataNet


Ukrtelecom


Topnet


Datacenter "Parkoviy"


Datagroup


Fregat


Colocall


Volia Cable

CONNECT

Case 1:16-cv-01318-GBD-BCM   Document 550-3   Filed 03/23/18   Page 4 of 11

   

FreeNet	Cosmonova	OpenSvit	IMC

   

TENET	McLaut ISP	Newtelecom	ASCON

   

LimaNet	Skyline Telecom	IpNet	Infomir

CONNECT

Case 1:16-cv-01318-GBD-BCM   Document 550-3   Filed 03/23/18   Page 5 of 11

| | | | |
|---|---|---|---|
|  |  |  |  |
| Hosting.UA | Catnet Telecom | LugaNet | UARnet |
|  |  |  |  |
| Intertelecom | BlackseaNet | Rubin Telecom | Briz |
|  |  |  |  |
| Lekol | MiroHost | Belnet | SPIDER-NET |

CONNECT

Case 1:16-cv-01318-GBD-BCM   Document 550-3   Filed 03/23/18   Page 6 of 11

   

Vega                     EUROTRANSTELECOM         Mirtelecom                    Express

   

Astratelcom                      CDN.UA                      Trifle                    Kvant-Telecom

   

Eurotel                         Fasty.net                      Cyfra                          VOLZ

CONNECT

Case 1:16-cv-01318-GBD-BCM   Document 550-3   Filed 03/23/18   Page 7 of 11

   

W-ix                    FREEhost                Terabit                 Gigatrans

   

SOHO.NET                KievNet                 Comstar Ukraine         LAN-telecom

   

Data Internet           Dataline                Maximuma-Net            Lanet

CONNECT

Case 1:16-cv-01318-GBD-BCM   Document 550-3   Filed 03/23/18   Page 8 of 11






BGnet    BukNet - Veles    IT Systems    Shtorm






SDS-Vostok    Navigator Online    GalCom    StarLight Digital






PC Networks/KahovkaNet    Best    Seech - Infocom    VALOR

CONNECT

Case 1:16-cv-01318-GBD-BCM   Document 550-3   Filed 03/23/18   Page 9 of 11

   

| Betec Telecom | Faust | MaxNet | WildPark |

   

| Telnet | Undernet | Interzvyazok | ATMAN |

    

| Skif ISP | Odessa National Academy of Telecommunications | UCA Networks | Omnilance |

CONNECT


VOLSNET


United DC


KP GIC


SA MOLDTELECOM


URAN


Utels


MIIT


Telegroup Ukraine


Sumsky Telecomsystems


Kharkiv Online


Bignet


House Information Technology Ltd

CONNECT

Case 1:16-cv-01318-GBD-BCM   Document 550-3   Filed 03/23/18   Page 11 of 11

Podilsky Intelectualni sistemy

CONNECT