# EXHIBIT 4

Kyiv: +380 44 201-31-30          Moscow: +7 499 703-41-97   RU    EN    PL

Home    Services    Connect    Members    Statistics    Contacts

# Internet exchange network

- Internet exchange via route server
- Member-to-member private L2 Transports
- DDoS protection with Firewall



1 Gbps SFP    10 Gbps SFP+    40 Gbps QSFP+    100 Gbps QSFP28

© 2012 — 2018
Ukrainian Backbone Networks LLC

phone: +380 44 201-31-30
support: +380 44 201-31-36
noc@giganet.ua

Gaidara street, 50
Kyiv, Ukraine
01033

# How to connect



### Check your compliance with our requirements

Please ensure that you have a possibility to conclude a contract with us, your company has own IP-addresses and autonomous system. Also, check our technical restrictions and prices.



### Apply connection request

You will receive a demarcation point after submitting connection request.

### Make cross connection at following locations:

Kyiv, Leontovicha street, 9:
- Building 3: "Giganet" DC,"Vega" DC,"Vodafone", UARnet
- Building 1: Datagroup

Kyiv, Volodymyrska street, 54a (DC "Ukrtelecom")
Kyiv, Gaidara street, 50 (DC "Ukrcom", DC "Newtelco")
Kyiv, Parkovaya doroga street, 16A
Kyiv, Vasylkivs'ka street, 37B (Gigacenter)
Odessa, Tiraspolskaya street, 27/29
Kharkiv, Gogolya street, 11
Moscow, Butlerova street, 7
Warsaw, Al. Jerozolimskie, 65/79

# Giganet members

Kyiv: +380 44 201-31-30          Moscow: +7 499 703-18-71 RU    EN    PL

Home    Services    Connect    Members    Statistics    Contacts

# Global Peering

More than 100 ukrainian and foreign ISPs are using Global Peering from Giganet.UA

**Global Peering** is a cost-effective service which points to reduce IP transit and network costs by aggregating all kinds of ISPs (e.g. end customers internet providers, datacenters, transit operators, CDNs) on a single L2 network.

By connecting to Global Peering service your network will gain:

- L2 connectivity with more than 160 ukrainian and foreign ISPs and telecom operators.
- No need to negotiate private peering with all our members: just setup BGP session to our routeservers and you will get all their prefixes (and they will got yours) instantly.
- Access to various CDNs (Google, Yandex, Mail.Ru etc).
- Access to the Root-DNS server E, as well as authoritative nameservers of 57 TLD-zones (including .UA, .FR, .DK and .CAT).
- Flexible management of your traffic with BGP communities, possibility to build selective peering policy.
- Statistics of your traffic flow to other members: SuperStat.
- DDoS protection service with Blackhole, Firewall.
- Access to our LastMile service.

At the moment Global Peering has:

- 160+ members.
- 62000+ prefixes from 9800 autonomous systems.
- 77 1GE ports
- 256 10GE ports
- 14 40GE ports
- Summary exchange traffic bandwidth has reached the 800 gigabit per second point

## Giganet.UA growth chart

© 2012 — 2018
Ukrainian Backbone Networks LLC

phone: +380 44 201-31-30
support: +380 44 201-31-36
noc@giganet.ua

Gaidara street, 50
Kyiv, Ukraine
01033

Case 1:16-cv-01318-GBD-BCM   Document 550-4   Filed 03/23/18   Page 5 of 7



## Members count



Case 1:16-cv-01318-GBD-BCM  Document 550-4  Filed 03/23/18  Page 6 of 7

Kyiv: +380 44 201-31-30          Moscow: +7 499 703-41-87   RU     EN     PL

Home   Services   Connect   Members   Statistics   Contacts

# L2 Transport

Giganet.UA traffic exchange network allows members to build private trasport (VLAN) between ports of all points of presence using 802.1Q standard.
We support either Point-To-Point and Point-To-Multipoint Ethernet transports (between 3 and more ports).

Terms of use and restrictions:
- Available 802.1Q tags are provided by Giganet.UA control panel during VLAN order or Giganet NOC team.
- Giganet.UA does not allocate IP-addresses for private transports.
- By default MTU value is set to maximum supported by our equipment: 9216. It is adjustable by customer request.
- There is no dedicated transport bandwidth limit: entire port is soft limited by your tariff.
- Customer can build ether point-to-point (between two ports) and point-to-multipoint (between 3 and more ports) transport.

© 2012 — 2018
Ukrainian Backbone Networks LLC

phone: +380 44 201-31-30
support: +380 44 201-31-36
noc@giganet.ua

Gaidara street, 50
Kyiv, Ukraine
01033