UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "TV DARIAL," Closed Joint
Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel,", and Limited Liability
Company "Global Entertainment TV"

Index No. 16-cv-1318
(GBD)(BCM)

Plaintiffs,

**AFFIDAVIT OF SERVICE**

-against-

INFOMIR LLC ( www.infomirusa.com), INFOMIR GMBH,
ALEXANDER MARAHOVSKY, EVGENI LEVITIN,
TELECOMMUNICATIONS TECHNOLOGIES LTD.,
PANORAMA ALLIANCE, LP (www.mypanorama.tv),
ASAF YEVDAYEV, DAVID ZELTSER,
S.K. MANAGEMENT of NEW YORK INC., MOIDOM LLC,
TELEPROM, VDALI, MHCOM GmbH and
John Does 1-50.

Defendants.
-----------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTOPHER VIDULICH, being duly sworn, deposes and says:

1. I am over the age of eighteen, not a party to this action, and employed at Dunnington Bartholow & Miller LLP.

2. On July 17, 2018 I caused a Subpoena to Testify at a Deposition in a Civil Action together with a Schedule A and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to be served upon

    Dmitry Dudkin
    137 Hett Avenue
    Staten Island, NY 10306

by causing to mail a true copy of the same in an envelope bearing the legend "personal and confidential" and without any indication on the outside that the communication is from an attorney or concerns an action against Dmitry Dudkin pursuant to the provisions of New York Civil Practice Law and Rules § 308(2) and in accordance with Judge Barbara Moses' July 3, 2018 order authorizing alternative service on Dmitry Dudkin.

CHRISTOPHER VIDULICH

SWORN TO ME THIS 17 DAY OF JULY 2018

NOTARY PUBLIC

SAMUEL A. BLAUSTEIN
Notary Public, State of New York
No. 01BL6345863
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 1, 20__