```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY CHANNEL
ONE RUSSIA WORLDWIDE, et al.,

                            Plaintiffs,

    -against-

INFOMIR LLC, et al.,

                            Defendants.

16-CV-1318 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    If plaintiffs wish to withdraw their pending motion for leave to amend their complaint (Dkt. No. 748), and/or file a new motion, based upon a proposed complaint that does not rely on any of the materials precluded by this Court's Order dated September 26, 2019 (Dkt. No. 779), they may do so on or before **October 29, 2019**. If plaintiffs choose to stand on their pending motion, the Court will proceed expeditiously to the merits of that motion in accordance with the law of the case. The Court will set an expert discovery schedule after October 29, 2019.

Dated: New York, New York
       October 15, 2019

                                       SO ORDERED.

                                       _____
                                       BARBARA MOSES
                                       United States Magistrate Judge