# DUNNINGTON
## BARTHOLOW & MILLER LLP
### ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10177 | Telephone: 212.682.8811 | www.dunnington.com | SBlaustein@dunnington.com

October 24, 2019

**VIA ECF**
Judge George Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 11A
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: OCT 25 2019

Re: *Joint Stock Company "Channel One Russia Worldwide" et al. v. Infomir LLC et al. (16-cv-1318)*

**Request for Extension of Time to file Objections to Opinion & Order Dated September 26, 2019**

Dear Judge Daniels,

We represent Plaintiff Broadcasters ("Broadcasters") in this action. We write pursuant to Section II(C) of Your Honor's Individual Rules and Practices and Fed. R. Civ. P. 72(b)(2) to request an eight day extension of time for Broadcasters to file objections to the Opinion and Order of Magistrate Judge Barbara C. Moses dated September 26, 2019 (ECF 779).

    i.    The original date to file objections was October 10, 2019 and the adjourned dated would be November 1, 2019;
    ii.   This is the second request for an extension.
    iii.  Counsel for Infomir LLC consents to this request.

The relevant order involves many complex issues and counsel has been working diligently to complete objections. Broadcasters respectfully request an eight day extension.

Respectfully submitted,

s/Samuel A. Blaustein