USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY CHANNEL ONE RUSSIA WORLDWIDE, et al.,

    Plaintiffs,

-against-

INFOMIR LLC, et al.,

    Defendants.

16-CV-1318 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record at the March 5, 2020 conference, it is hereby ORDERED that:

1. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **March 19, 2020**.

2. Prior to that date, plaintiffs and Infomir shall arrange to produce the equipment used or tested by their respective experts to the opposing party. In accordance with the agreement reached during the conference, plaintiffs shall produce the designated equipment at the Manhattan office of Infomir's counsel at a mutually convenient date and time, and defendants shall produce the designated equipment at the offices of plaintiffs' counsel at a mutually convenient date and time.

Dated: New York, New York
       March 6, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**