UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "TV DARIAL," Closed Joint
Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel,", and Limited Liability
Company "Global Entertainment TV"

Index No. 16-cv-1318
(GBD)(BCM)

                               Plaintiffs,

    -against-

**STIPULATION AND
[PROPOSED] ORDER**

INFOMIR LLC ( www.infomirusa.com), INFOMIR GMBH,
ALEXANDER MARAHOVSKY, EVGENI LEVITIN,
TELECOMMUNICATIONS TECHNOLOGIES LTD.,
PANORAMA ALLIANCE, LP (www.mypanorama.tv),
ASAF YEVDAYEV, DAVID ZELTSER,
S.K. MANAGEMENT of NEW YORK INC., MOIDOM LLC,
TELEPROM, VDALI, MHCOM GmbH and
John Does 1-50.

                               Defendants.
------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that plaintiffs voluntarily dismiss, without prejudice, the following counts of Plaintiffs' First Amended Complaint, ECF 211: Counts Six and Seven under the Lanham Act for Trademark Infringement and False Advertising, Count Ten under GBL § 349, and Count Eleven common-law unfair competition against Infomir LLC and S.K. Management of New York Inc..

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that signatures obtained via facsimile or email shall have the same force and effect as original signatures.

Dated: New York, New York
April 17, 2020

| | |
|---|---|
| DUNNINGTON BARTHOLOW & MILLER LLP | BERKOWITZ, LICHSTEIN, KURITSKY, GIASULLO, & GROSS, LLC |
| By: /s Raymond J. Dowd<br>Raymond J. Dowd<br>Samuel A. Blaustein<br>Hardin P. Rowley | By: /s Stewart M. Leviss<br>Stewart M. Leviss<br>Evan Silagi |
| 230 Park Avenue<br>New York, New York 10169<br>(212) 682-8811<br>rdowd@dunnington.com<br>sblaustein@dunnington.com | 75 Livingston Ave.<br>Roseland, NJ 07068<br>(973) 325-7800<br>sleviss@blkgg.com<br>esilagi@blkgg.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Infomir LLC* |

MARCUS A. NUSSBAUM ESQ,

By: /s Marcus A. Nussbaum
Marcus A. Nussbaum

P.O. Box 245599
Brooklyn, NY 11224
marcus.nussbaum@gmail.com

*Attorney for Defendant S.K. Management of New York Inc.*

**SO ORDERED**   APR 2 0 2020

~~Hon. Barbara Moses, U.S.M.J.~~
Hon George B Daniels

2