# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/20
```

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | SBlaustein@dunnington.com

June 8, 2020

**VIA ECF**
Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl St. Courtroom 20A
New York, New York 10007

# MEMO ENDORSED

Re: *Joint Stock Company "Channel One Russia Worldwide," et al. v. Infomir, LLC et al.* **16-cv-01318 (GBD) (BCM)**

Dear Judge Moses,

We represent Plaintiff Broadcasters in this action. We write pursuant to Rule 1.B of Your Honor's Individual Practices to request that the Court stay its Order entered on May 15, 2020 requiring payment of monies within thirty (30) days pending decision of the objections filed with the Hon. George B. Daniels on May 29, 2020 and the entry of a final order. (ECF 822, 823). As the filing of objections does not provide for an automatic stay, we are addressing this matter to Your Honor by letter application and are prepared to brief the issue should the Court direct. *See* e.g. *Suk Joon Ryu v. Hope Bancorp, Inc.,* No. 18 CIV. 1236 (JSR), 2018 WL 5619953, at *1 (S.D.N.Y. Sept. 14, 2018) (staying payments pending consideration of objections). We have advised counsel for Defendant Infomir, LLC of this application and they have not consented.

Respectfully submitted,

s/Samuel A. Blaustein

---

Application GRANTED. Payment is stayed pending decision by the District Judge or further order of this Court.

_____
Barbara Moses, U.S.M.J.
June 11, 2020