

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOINT STOCK COMPANY CHANNEL
ONE RUSSIA WORLDWIDE, et al.,

        Plaintiffs,

  -against-

INFOMIR LLC, et al.,

        Defendants.

---

16-CV-1318 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 2, 2020, plaintiffs filed a motion (Dkt. No. 843) for reconsideration of this Court's order dated August 19, 2020. (Dkt. No. 840.) Defendant's opposition papers shall be filed no later than **September 16, 2020**. Reply papers, if any, shall be served by **September 23, 2020**.

The parties are reminded that "the mere filing of a motion for reconsideration does not stay the order at issue," *Arbelaez v. City of New York*, 2019 WL 6114888, at *2 (S.D.N.Y. Nov. 18, 2019); *see also New Pac. Overseas Grp. (USA) Inc. v. Excal Int'l Dev. Corp.*, 2000 WL 377513, at *7 (S.D.N.Y. Apr. 12, 2000), nor extend discovery deadlines previously set. The parties' deadline to complete expert depositions remains September 30, 2020. (Dkt. No. 832.) The parties are further reminded that the August 19 Order, which is the subject of the reconsideration motion, did not preclude plaintiffs from seeking additional discovery concerning defendants' expert witnesses. To the contrary: it expressly left the parties free, "during or following" the expert depositions, to seek "additional tailored expert discovery of non-privileged matters which are within the scope of Fed. R. Civ. P. 26 and not precluded by the Court's September 26, 2019 Opinion and Order." (Dkt. No. 840 ¶ 4.)

Dated: New York, New York
     September 4, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**