UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY CHANNEL
ONE RUSSIA WORLDWIDE, et al.,

        Plaintiffs,

  -against-

INFOMIR LLC, et al.,

        Defendants.



16-CV-1318 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Discovery having been completed on October 28, 2020 (*see* Dkt. No. 851), and defendants having requested a jury trial (*see* Dkt. Nos. 751, 752), the parties are reminded that motions for summary judgment, if any, are due no later than **November 30, 2020**. (*See* Dkt. No. 796 ¶ 5.)

Dated: New York, New York
       November 10, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**