# Berkowitz Lichtstein

BERKOWITZ, LICHTSTEIN, KURITSKY, GIASULLO & GROSS, LLC • COUNSELORS AT LAW

75 Livingston Avenue • Roseland, New Jersey • 07068
Main 973.325.7800 • Fax 973.325.7930 • www.blkgg.com

104 West 40th Street • Suite 500 • New York, New York • 10018
Main 646.475.8364

| | | |
|---|---|---|
| Bernard S. Berkowitz ■▲ | Roy J. Thibodaux III ▲● | ■ LLM in Taxation |
| Richard S. Finkelstein ■▲ | Eric Melzer *▲ | |
| Robert J. Giasullo | Lisa M. Stern ■▲ | * LLM in Corporate & Trade Regulation |
| Jonathan M. Gross ■▲ | Evan Silagi ▲ | |
| Stuart M. Kuritsky | Eric Carosia ▲ | ▲ Admitted in NY & NJ |
| Stewart M. Leviss ● | Matt Iftode ▲ | |
| John C. Messina | William F. Healey ▲ | ♦ Admitted in PA, NY & NJ |
| Lawrence T. Neher | Kevin R. Centurrino ♦ | |
| Lance T. Eisenberg ■▲ | | ● Certified by the Supreme Court of New Jersey as a Certified Trial Attorney |

Stephen P. Lichtstein (1946-2019)

Stewart M. Leviss
Direct Line: 973-243-6024
E-mail: sleviss@blkgg.com       File#

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/21

February 10, 2021

Hon. Barbara Moses, U.S.M.J.
United States District Court
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

RE:  Joint Stock Company et als v. Infomir LLC et als
     Civil Action No.: 16-cv-1318

Dear Magistrate Judge Moses:

Infomir LLC submits this letter with the consent of all parties who join in the relief requested. Your Honor's January 5, 2021 scheduling order for the submission of <u>Daubert</u> motions (ECF866) requires they be filed by Monday, February 15, 2021 which is a Federal holiday. The parties jointly request that the filing/submission date be extended to Tuesday, February 16, 2021. The parties are not seeking an additional extension of the filing dates for the opposition or reply papers.

Your Honor's consideration is appreciated.

Respectfully submitted,

s/ Stewart M. Leviss
STEWART M. LEVISS

Cc: All Counsel

---

Application GRANTED. The deadline to submit *Daubert* motions is **February 16, 2021**. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
February 11, 2021

{00053361}