**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOINT STOCK COMPANY "Channel One Russia Worldwide," et als., <br><br> Plaintiffs, <br><br> v. <br><br> INFOMIR LLC, et als., <br><br> Defendants. | Civil Action No. 1:16-cv-01318 (GBD)(BCM) <br><br><br> **NOTICE OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that in accordance with the schedule set by the Court, Defendant, Infomir LLC, by and through its attorneys, Berkowitz, Lichtstein, Kuritsky, Giasullo & Gross, LLC, will move before the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York for an Order excluding Plaintiffs' Experts Jonathan Bari and Dmitri Dietrich.

    **PLEASE TAKE FURTHER NOTICE,** that in support of the motion, Defendant shall rely upon the attached Brief and Declaration of Stewart M. Leviss, Esq., submitted herewith, and all of the papers and pleadings heretofore filed in this action.

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(c), Defendant respectfully requests oral argument, if this motion is opposed.

                                               **BERKOWITZ, LICHTSTEIN,**
                                               **KURITSKY, GIASULLO & GROSS, L.L.C.**
                                               Attorneys for Defendant, Infomir LLC

                                         By:    */s/ Stewart M. Leviss*
                                                      Stewart M. Leviss, Esq.
                                                      75 Livingston Avenue
                                                      Roseland, New Jersey 07068
                                                      (973) 325-7800
Dated: February 16, 2021                        sleviss@blkgg.com