UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY CHANNEL
ONE RUSSIA WORLDWIDE, et al.,

           Plaintiffs,

-against-

INFOMIR LLC, et al.,

           Defendants.



16-CV-1318 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, it is hereby

ORDERED that:

1. The Court will conduct oral argument on the parties' *Daubert* motions in Room 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on **June 22, 2021, at 10:00 a.m.** The parties should review the Courthouse's COVID-19 rules, located at https://www.nysd.uscourts.gov/covid-19-coronavirus, prior to arriving for the argument.

2. The parties shall meet and confer promptly to discuss a summary judgment briefing schedule with respect to plaintiffs' claims against defendant S.K. Management of New York, Inc. Thereafter, these parties shall submit a letter-application proposing a briefing schedule for the motion(s). If the parties disagree as to the schedule, they may submit separate proposals, within the joint letter, without extended argument.

Dated: New York, New York
       May 19, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**