USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," et al.,

    Plaintiffs,

-against-

INFORMIR LLC, et al.,

    Defendants.

16-CV-1318 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of defendant S.K. Management of New York, Inc.'s (SKM) opposition to plaintiffs' motions for summary judgment (Dkt. No. 940), which remains unsigned. It is hereby ORDERED that SKM shall re-file its opposition, signed by its attorney, no later than **December 3, 2021**. Plaintiffs' motion to strike (Dkt. No. 944) is otherwise DENIED.

Dated:  New York, New York
         November 29, 2021

**SO ORDERED**.

_____
**BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE**