UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/14/2022
```

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE," et al.,

        Plaintiffs,

    -against-

INFOMIR LLC, et al.,

        Defendants.

16-CV-1318 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The text-only order dated February 11, 2022 (Dkt. No. 984), having been entered in this action inadvertently, the Court respectfully directs the Clerk of Court to STRIKE the entry at Dkt. No. 984 from the docket.

Dated:  New York, New York
       February 14, 2022

              **SO ORDERED**.

              _____
              **BARBARA MOSES**
              **United States Magistrate Judge**