UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA :
WORLDWIDE," CLOSED JOINT STOCK COMPANY :
"CTC NETWORK," CLOSED JOINT STOCK       :
COMPANY "TV DARIAL," CLOSED JOINT STOCK :
COMPANY "NEW CHANNEL," LIMITED LIABILITY:
COMPANY "RAIN TV-CHANNEL," and LIMITED  :
LIABILITY COMPANY "COMEDY TV,"          :

                          Plaintiffs,                ORDER

       -against-                               16 Civ. 1318 (GBD) (BCM)

INFOMIR LLC *(www.infomirusa.com)*; PANORAMA
ALLIANCE, LP *(www.mypanorama.tv)*; DAVID
ZELTSER; ASAF YEVDAYEV; MHCOM GMBH;
TELEPROM; VDALI; S.K MANAGEMENT OF NEW
YORK, INC.; and JOHN DOES 1-50,

                          Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

On March 24, 2022, Defendant S.K. Management of New York, Inc. ("SMK") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. *In re. S.K. Management of New York, Inc.*, No. 22-40693 (Bankr. E.D.N.Y.). All further litigation against Defendant SMK is stayed pursuant to 11 U.S.C. § 362. Notwithstanding anything to the contrary contained herein, this Order does not stay or otherwise enjoin the continuation of this litigation against the remaining defendants.

The parties shall have thirty (30) days from the date of this order to file written objections to the Amended Report and Recommendation issued March 9, 2022 (ECF No. 997).

Dated: New York, New York
     April 5, 2022

SO ORDERED.

GEORGE B. DANIELS
United States District Judge