UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JOINT STOCK COMPANY "CHANNEL ONE RUSSIA : 
WORLDWIDE," CLOSED JOINT STOCK COMPANY :
"CTC NETWORK," CLOSED JOINT STOCK        :
COMPANY "TV DARIAL," CLOSED JOINT STOCK  :
COMPANY "NEW CHANNEL," LIMITED LIABILITY :
COMPANY "RAIN TV-CHANNEL," and LIMITED   :
LIABILITY COMPANY "COMEDY TV,"           :
                                         :
                           Plaintiffs,   :              ORDER
                                         :
            -against-                    :       16 Civ. 1318 (GBD) (BCM)
                                         :
INFOMIR LLC *(www.infomirusa.com)*; PANORAMA :
ALLIANCE, LP *(www.mypanorama.tv)*; DAVID    :
ZELTSER; ASAF YEVDAYEV; MHCOM GMBH;      :
TELEPROM; VDALI; S.K MANAGEMENT OF NEW   :
YORK, INC.; and JOHN DOES 1-50,          :
                                         :
                           Defendants.   :
------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The parties shall have fourteen (14) days from the date of this order, until August 31, 2022, to file any written objections to the Amended Report and Recommendation issued March 9, 2022 (ECF No. 997).

Consistent with the Amended Report and Recommendation, Plaintiff Channel One is directed to file any application for an award of attorneys' fees and costs no later than thirty (30) days after this Court's decision on Channel One's motion for summary judgment (ECF No. 913).

Dated: August 17, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge